# **<u>EXHIBIT 2</u>**

# In The Matter Of:

*STELLA v.*
*DAVIS COUNTY*

---

ZACHERY TYLER LLOYD

August 22, 2018



---

*Q & A Reporting, Inc.*

*1872 South Main Street*

*Salt Lake City, Utah  84115*

*801.484.2929*

*www.QAreport.com*

**Min-U-Script® with Word Index**

IN THE UNITED STATES DISTRICT COURT

STATE OF UTAH, CENTRAL DIVISION

_____

CYNTHIA STELLA, and the    )
ESTATE OF HEATHER MILLER,   )
                            )
          Plaintiffs,       )
                            )Case No:  1:18-cv-002
vs.                         )
                            )Judge:  Jill Parish
DAVIS COUNTY, SHERIFF TODD )
RICHARDSON, MARVIN          )
ANDERSON, JAMES ONDRICEK,   )
                            )
          Defendants.       )
_____

DEPOSITION OF:  ZACHERY TYLER LLOYD

August 22, 2018
9:38 a.m. to 10:58 a.m.

Location:  LAW OFFICES OF TAD D. DRAPER
12339 South 800 East, Suite 101
Draper, Utah 84020

Reporter:  Jennifer Nazer Braun, CSR, RPR

ZACHERY TYLER LLOYD - August 22, 2018

```
 1                    A P P E A R A N C E S

 2

 3

 4
     For the Plaintiffs:   TAD D. DRAPER
 5                         LAW OFFICES OF TAD D. DRAPER, P.C.
                           ATTORNEYS AT LAW
 6                         12339 South 800 East, #101
                           Draper, UT  84020
 7                         legaljustice3@gmail.com

 8
                           DANIEL BACZYNSKI
 9                         BACZYNSKI LAW, PLLC
                           ATTORNEYS AT LAW
10                         12339 South 800 East, #101
                           Draper, UT  84020
11                         dbaczyn2@gmail.com

12

13

14
     For the Defendants:   BRITTON R. BUTTERFIELD
15                         SUITTER AXLAND, PLLC
                           ATTORNEYS AT LAW
16                         8 East Broadway, #200
                           Salt Lake City, UT  84111
17                         bbutterfield@sautah.com

18

19

20
     Also Present:         CYNTHIA STELLA
21

22

23

24                        -o0o-
25
```

ZACHERY TYLER LLOYD - August 22, 2018

```
1                          I N D E X

2

3

4
   The Witness:   ZACHERY TYLER LLOYD
5

6

7

8   Examination by                              Page

9

10
   MR. DRAPER........................................5
11

12

13

14

15
                          -o0o-
16

17

18

19

20

21

22

23

24

25
```

ZACHERY TYLER LLOYD - August 22, 2018

```
 1                    E X H I B I T S

 2

 3
      No.              Description              Page
 4

 5

 6   No. 1    Davis County Sheriff's Office.............6
              Incident Details, dated 12-22-17
 7
     No. 2    Utah Attorney General's Office..........43
 8            General Offense Hardcopy,
              dated 3-8-17
 9
     No. 3    Utah Attorney General's Office..........44
10            General Offense Hardcopy,
              dated 2-27-17
11
     No. 4    Utah Attorney General's Office..........44
12            General Offense Hardcopy,
              dated 5-2-17
13
     No. 5    Utah Attorney General's Office..........48
14            General Offense Hardcopy,
              dated 3-8-17
15
     No. 6    Color Photograph........................48
16

17

18                      -o0o-

19

20
                     R E Q U E S T S
21
                (No items were requested)
22

23

24                      -o0o-

25
```

ZACHERY TYLER LLOYD - August 22, 2018

 1  August 22, 2018                    9:38 a.m.

 2                  P R O C E E D I N G S

 3                  ZACHERY TYLER LLOYD,

 4    called as a witness, having been duly sworn,

 5       was examined and testified as follows:

 6                      EXAMINATION

 7  BY MR. DRAPER:

 8       Q.    Deputy Lloyd, would you please state your

 9  full name for the record?

10       A.    Zachery Tyler Lloyd.

11       Q.    I can give these instructions off the

12  record, but I'll just tell you, it's very important

13  that your answers are verbal.  It's really normal for

14  us to say uh-huh (affirmative) and uh-uh (negative)

15  and shake our heads.  It's a little awkward

16  sometimes, but we have to be very clear to create a

17  record.  So make sure all your responses are so that

18  our reporter can hear them, and that you verbalize

19  them all.  Okay?

20       A.    Yeah.  Yes.

21       Q.    Yes?  There you go.  That's what we're

22  after.

23            Well, let me jump in here and ask you

24  first what you've reviewed in preparation for your

25  depo today?

ZACHERY TYLER LLOYD - August 22, 2018

```
 1          A.    I just looked over my report.
 2          Q.    Is that this Memorandum of Interview or
 3   the Davis County Sheriff's Office report?
 4          A.    My report on the IMS.
 5          Q.    Let me show you, and then we can mark that
 6   as Exhibit-1.  Is that what you looked at?
 7          A.    Yeah.  Yes.
 8                MR. DRAPER:  Let's mark that as Exhibit-1.
 9                (Deposition Exhibit-1 was marked for
10   identification.)
11          Q.    (BY MR. DRAPER:)  Now, other than your
12   attorney, have you spoken to anyone in preparing for
13   today?
14          A.    No.
15          Q.    You were interviewed by the attorney
16   general on March 8th of 2017.  Have you ever seen the
17   transcript of this memorandum that they prepared?
18   Have you ever seen this report (indicating)?  Let me
19   get you one that's not marked.  Sorry.
20                This one is entitled Memorandum of
21   Interview with Deputy Lloyd.
22          A.    Was this one I -- yeah, I haven't seen
23   this one.  When we did the Farmington police station?
24          Q.    Yes.  When the attorney general came to --
25   I guess it was the Farmington jail.  Is that where
```

1    that was conducted?

2        A.    Yes.

3        Q.    So you've never seen that report?

4        A.    No.

5        Q.    Okay.  Have you seen the video of that

6    interview with the attorney general?

7        A.    No.

8        Q.    I'm just going to disclose to you that

9    I've certainly read that and I've watched that actual

10   interview.  So there's a fair bit of information I'm

11   already pretty familiar with, but I just need to

12   clarify some points and get your testimony about this

13   event.

14           So let's start out with your background.

15   Tell us a little bit about yourself.  You were

16   working at the jail at the time of this incident.

17   Are you still working there?

18       A.    Currently, yes.

19       Q.    What is your position there?

20       A.    Just a corrections officer.

21       Q.    Tell me about, briefly, your training and

22   work experience in that field.

23       A.    I've been doing it for the last two years.

24   And before we start, we go through the POST academy,

25   which I believe is about ten weeks long.  You do a

ZACHERY TYLER LLOYD - August 22, 2018

```
 1   special functions officer training, which is about
 2   six weeks, and then four of basic corrections officer
 3   training.
 4           Q.    So the corrections officer training is in
 5   addition to what most POST participants do?  In other
 6   words, if an officer wanted to go to the POST
 7   training, they don't typically always do the
 8   corrections officer training in addition?
 9           A.    You don't have to.  You can do law
10   enforcement officer or basic corrections officer.
11           Q.    Okay.  In general terms, what do they
12   teach you in that correctional officers training?
13   What are the things that they're trying to educate
14   you about?
15           A.    You go through things like defensive
16   tactics, go over some laws of what you can and can't
17   do.
18           Q.    Now, in this interview with the attorney
19   general at the Farmington -- was it the Farmington
20   jail where that was taken?
21           A.    Farmington Police Department.
22           Q.    Police Department.
23                 Did you tell the truth at that interview?
24           A.    Yes.
25           Q.    In this report here, Exhibit-1, that
```

ZACHERY TYLER LLOYD - August 22, 2018

```
 1   information there is true and correct, and you
 2   prepared that yourself?
 3        A.    Yes.
 4              MR. BUTTERFIELD:  Do you have another copy
 5   of that?
 6              MR. DRAPER:  I apologize.  I do have
 7   copies of all of those.
 8              MR. BUTTERFIELD:  I have one, but mine
 9   looks different, and so I was --
10              THE WITNESS:  There's two reports.
11              MR. DRAPER:  Yes.
12              THE WITNESS:  There's two reports on it.
13              MR. BUTTERFIELD:  Okay.
14              THE WITNESS:  Yeah.  This isn't mine
15   (indicating).
16              MR. BUTTERFIELD:  Okay.  I gotcha.  That
17   makes sense.
18        Q.    (BY MR. DRAPER:)  Yes, there's some
19   additional witnesses on there.  And I think what
20   we're talking about on Exhibit-1 is the lower section
21   that has your name at the top.
22        A.    Yes.
23        Q.    And then it turns out it actually has your
24   name at the very bottom too, correct?
25        A.    Yes.
```

ZACHERY TYLER LLOYD - August 22, 2018

```
 1        Q.    And thank you for responding like we need
 2   to.  This is going to be great.
 3              I want to just jump into a topic,
 4   generally speaking, and that is what you know about
 5   people falling from bunks at the jail.  You've been
 6   there a couple of years now?
 7        A.    Uh-huh (affirmative), yes.
 8        Q.    You've only worked at this jail facility;
 9   there's no other prior employment.  Am I correct?
10        A.    Yeah, just the Davis County.
11        Q.    So what do you know about falls at the
12   jail?  How often, in your experience or knowledge,
13   does that happen?
14              MR. BUTTERFIELD:  Foundation.  Vague and
15   ambiguous.
16              Go ahead and answer.
17              THE WITNESS:  Okay.  It happens.  I
18   wouldn't say a lot.  I don't know.  I don't know,
19   really.
20        Q.    Well, in terms of how many times or how
21   often per month, is it a regular occurrence?  What's
22   your experience in it, what do you know about that?
23        A.    I mean, I've seen it a couple of times.  I
24   know the first week I worked down there, a kid fell
25   off the bed and slipped, because he was wearing
```

ZACHERY TYLER LLOYD - August 22, 2018

```
 1    socks, and split his ear open.  Other than that, if
 2    people fall off the bunk and they're okay, they don't
 3    typically tell me, from what I understand.
 4          Q.    So it can happen without you knowing about
 5    it?
 6          A.    Yeah.
 7          Q.    If someone falls off the bunk and you know
 8    about it, just in general terms, do you have a policy
 9    or an idea of what you typically would do for that
10    person?
11          A.    Take them to medical and make sure they're
12    cleared.
13          Q.    When you say take them to medical --
14          A.    Seen by a nurse.
15          Q.    So if someone falls from a bunk and you
16    know about it, that's your protocol, you take them to
17    medical?
18          A.    Yes.
19          Q.    Does it matter to you if they're maybe not
20    even showing much of a problem?  Do you still take
21    them to medical?
22          A.    Typically, I'll ask them if they want to
23    see medical.  It just depends on how they fall.
24          Q.    What medical training do you have?  Any?
25          A.    Just basic CPR.
```

ZACHERY TYLER LLOYD - August 22, 2018

```
 1          Q.    So if a person falls from a bunk, what
 2   does that involve?  What's the floor like?
 3                MR. BUTTERFIELD:  Foundation, vague,
 4   incomplete hypothetical.
 5                Go ahead and answer.
 6          Q.    (BY MR. DRAPER:)  Are there any floors in
 7   the jail that are for bunks that are not concrete?
 8          A.    What do you mean?
 9          Q.    Well, is it a concrete floor in all of
10   those cells?
11          A.    It is, yes.
12          Q.    So it's going to be concrete?
13          A.    As far as I know, concrete.
14          Q.    If you're in that top bunk, what are the
15   things that you might hit into on the way down?
16                MR. BUTTERFIELD:  Incomplete hypothetical.
17                Go ahead.
18                THE WITNESS:  Well, the floor, the bottom
19   bunk.  There's a desk there.  There's a stool to the
20   desk.
21          Q.    Is the desk mounted to the wall?
22          A.    Yes.
23          Q.    I've seen pictures.  It's a square desk
24   mounted to the wall, and there's corners.  They're
25   pointed corners, correct?
```

ZACHERY TYLER LLOYD - August 22, 2018

```
1        A.    Yes.
2        Q.    So a person that falls from that, if
3   they're having any kind of medical concern or
4   symptoms, you're going to send them to medical?
5        A.    Yes.  Or have medical come.
6        Q.    All right.  Why do you do that?  Why do
7   you send them to medical or have medical come?
8        A.    Just to make sure they're okay.
9        Q.    As an officer, what would you expect the
10  medical people to do if you take them to medical?
11             MR. BUTTERFIELD:  Foundation, speculation,
12  incomplete hypothetical.
13             Go ahead and answer.
14             THE WITNESS:  Just look them over and say
15  they're good to stay there, or take them to medical.
16  It's up to the nurses.  I don't know how they're kind
17  of trained in that part.
18        Q.    I understand.
19             And that's exactly right, you have no
20  training, per se, for the medical follow-up, so
21  you're relying on the nurses to clear this person --
22        A.    Right.
23        Q.    -- before they return to their cell?
24        A.    Yes.
25        Q.    Are you aware of a written policy in the
```

ZACHERY TYLER LLOYD - August 22, 2018

```
1    jail regarding falls?

2         A.    I don't know.

3         Q.    You don't know of any?

4         A.    I don't know.  I haven't really looked

5    into it.

6         Q.    So let's shift to this fall.  Let's talk

7    about Heather Miller.

8         A.    Okay.

9         Q.    Are you aware and do you remember this

10   event?

11        A.    I know the event and the -- it's been a

12   while, so...

13        Q.    Sure.

14              It occurred on 12/21/16.  Is that your

15   memory?  You're okay looking at your report.

16        A.    Yeah.

17        Q.    So why don't you just tell us what

18   happened.  And I might interrupt you, but start at

19   when you first became aware that there was an issue.

20   What were you doing, and what happened?

21        A.    Okay.  So when we start shift at 6:00 at

22   night or 6:00 in the morning, either/or, we always do

23   what's called a head count.  So we just make sure

24   everyone is in their cells, where they're supposed to

25   be, and they're up and standing at the doors, so we
```

ZACHERY TYLER LLOYD - August 22, 2018

1  can physically see them and make sure they're doing

2  all right.

3          I do remember I went up the stairs in

4  Kilo, and her celly was pounding on the window,

5  saying, She fell off the top bunk and hit her head.

6          That's when I went over there, and then I

7  called medical to come over to look at her.

8      Q.    You said celly.  That means her cellmate?

9      A.    Cellmate, yeah.

10     Q.    Just so the reporter will know what --

11     A.    Yeah.

12     Q.    -- you're talking about.

13     A.    Sorry.  Cellmate, yeah.

14     Q.    No problem.

15          So in the attorney general's report, you

16  stated that you heard a thud.  Is that correct?

17     A.    Yeah.  Sometimes you hear people get off

18  the bunks.  They, obviously, make a noise, whether

19  it's their feet or -- yeah.

20     Q.    So, in this case, when you're doing the

21  head count, when you got -- how close to the cell did

22  you hear that thud?

23     A.    It was a couple of cell doors away.  I

24  don't know how far of a distance, but I was pretty

25  much at the top of the stairs, I believe.

ZACHERY TYLER LLOYD - August 22, 2018

```
1          Q.    Can you describe more what that thud
2    sounded like?
3          A.    I can't.  Just a thud.
4          Q.    Okay.  Fair enough.
5                Right after that, the cellmate, her celly,
6    said -- what were the words?
7          A.    She just told me her cellmate fell off the
8    top bunk and she hit her head.
9          Q.    So what did you do then?
10         A.    Called medical over the radio -- over our
11   radio.
12         Q.    On your intercom radio --
13         A.    Yeah.
14         Q.    -- that you carry with you?
15         A.    Yes.
16         Q.    What did you tell medical?
17         A.    I just asked them to come to Kilo, I have
18   a -- someone that fell off the top bunk.
19         Q.    And then what did you do?
20         A.    I just waited for them to come.
21               At that time, we needed two male deputies
22   to be in a female unit, unless they're locked down,
23   and then you can have one.  At that time, that's what
24   it was.
25         Q.    There's an area, I've heard it called the
```

ZACHERY TYLER LLOYD - August 22, 2018

1    bubble or --

2         A.    Yeah.

3         Q.    What is this bubble?

4         A.    That's where it's -- the pod is where the

5    computer is.  It's where the clerk's in there

6    watching you.  You can see all the units.

7         Q.    And then that's where someone would key a

8    microphone -- activate a microphone in the cell?

9         A.    Yes.

10        Q.    Is it also where they would activate the

11   release on the door?

12        A.    Yes.

13        Q.    So you went over, I assume, to the cell?

14        A.    Yes.

15        Q.    What did you do when you got to the cell?

16        A.    That's when I called medical.

17        Q.    And you looked in?

18        A.    Yeah, I looked in.  She was just on the

19   ground, rolling around.

20        Q.    Rolling around?

21        A.    Yeah.  And then that's when I called

22   medical.

23        Q.    Did the door get keyed open for you at

24   that point?

25        A.    Did he open the door?  He did, but I shut

ZACHERY TYLER LLOYD - August 22, 2018

1    it immediately, just because the two-male-deputy

2    rule.

3         Q.    All right.  But although you closed the

4    door, were you able to watch her and see her during

5    this time?

6         A.    Yeah.  There's a big window you can look

7    into.

8         Q.    And you said she was rolling around.  What

9    else did you observe, if anything?

10        A.    That was pretty much it.

11        Q.    Was she saying anything, or acting in

12   pain, or anything like that?

13        A.    Well, yeah, I think she was grabbing her

14   side, saying it hurts.

15        Q.    Do you know which side?

16        A.    I don't remember.

17        Q.    Saying it hurts.

18              At some point, you went in the cell.  They

19   opened the door and you went in?

20        A.    I did not.  It was Corporal Johnson and

21   Nurse Marvin.

22        Q.    Johnson?

23        A.    Uh-huh.  Corporal.

24        Q.    And Marvin Anderson, right?

25        A.    Yeah.

ZACHERY TYLER LLOYD - August 22, 2018

```
 1        Q.    Because, again, in the attorney general's
 2   report it says that you note that she had trouble
 3   breathing.
 4        A.    (The witness is nodding his head in the
 5   affirmative.)
 6        Q.    When did you note that?
 7        A.    It just kind of sounded like the wind got
 8   knocked out of her, when they were in there looking
 9   at her.  Then I had to leave, because when she fell,
10   she knocked some coffee and stuff on the lower bunks,
11   bedding and stuff.  So I went and left to get more
12   bedding for the other.
13        Q.    So your observations of her from outside
14   the door --
15        A.    Yes.
16        Q.    -- and what you observed were -- I'm not
17   trying to just be repetitive; I just want to be
18   complete.  From the time you looked in the cell and
19   the time you're observing from the door, what can you
20   tell us about what you observed of her condition?
21              MR. BUTTERFIELD:  Asked and answered.
22              Go ahead.
23              THE WITNESS:  What do you mean?
24        Q.    (BY MR. DRAPER:)  You started out saying
25   that she was rolling around --
```

ZACHERY TYLER LLOYD - August 22, 2018

1     A.    Yes.

2     Q.    -- grabbing her side, says it hurts.  And

3   I have, from the attorney general, you said that she

4   had trouble breathing.

5     A.    It just sounded like the wind got knocked

6   out of her.

7     Q.    Was she able to sit up?  Did she sit up on

8   her own, or did she have to have help?

9           MR. BUTTERFIELD:  Foundation.

10          Go ahead, you can answer.

11    Q.    (BY MR. DRAPER:)  If you know.

12    A.    I don't -- I wasn't there when she sat up.

13    Q.    So all the time you were there, including

14  when Johnson and Anderson arrived, she was still on

15  the ground?

16          MR. BUTTERFIELD:  Misstates prior

17  testimony, foundation.

18          Go ahead.

19    Q.    (BY MR. DRAPER:)  I don't want to say it

20  wrong.

21    A.    Right.

22    Q.    Let's just make sure we have a clear

23  understanding of what I'm asking you, okay?

24    A.    Okay.

25    Q.    So you're at the door.

ZACHERY TYLER LLOYD - August 22, 2018

```
 1          A.    Yes.
 2          Q.    You had it keyed open.  You closed it,
 3   because you're thinking it's not appropriate without
 4   having another deputy.
 5          A.    Yeah.
 6          Q.    You continue to watch her.  And then
 7   Johnson and Marvin arrived.  Did they arrive about
 8   the same time?
 9          A.    Yes.
10          Q.    And then the door --
11          A.    I don't remember if they arrived at the
12   same time or not.
13          Q.    Okay, but close to the same time, I'm
14   assuming.  Right?
15          A.    Yeah.
16          Q.    So then they open the door again?
17          A.    (The witness is nodding his head in the
18   affirmative.)
19          Q.    And this time Johnson and Marvin go in?
20          A.    (The witness is nodding his head in the
21   affirmative.)
22          Q.    And you stayed there, watching; is that
23   correct?
24          A.    Watching?
25                MR. BUTTERFIELD:  Misstates prior
```

ZACHERY TYLER LLOYD - August 22, 2018

```
 1   testimony.
 2        Q.    (BY MR. DRAPER:)   They went in.   What did
 3   you do?
 4        A.    I just stood there.
 5        Q.    Did you observe them sitting her up, or
 6   did she sit up on her own, if you remember?
 7        A.    I don't remember.
 8        Q.    So you went off to get a wheelchair.
 9        A.    No.
10        Q.    No.  I'm sorry.  You went off to get new
11   bedding.
12        A.    Yeah.
13        Q.    How long did that take before you got
14   back?
15        A.    I don't know how long it took.
16        Q.    When you got back, was she gone?
17        A.    Yeah.  She was moved to Lima 7.
18        Q.    Lima is another --
19        A.    It's another unit, but it's the only place
20   you've got a lower bunk, lower tier.
21        Q.    Were you able to observe her walking from
22   her cell to the stairs?
23        A.    No.
24        Q.    Were you able to watch her scoot down the
25   stairs?
```

ZACHERY TYLER LLOYD - August 22, 2018

```
1          A.    No.
2          Q.    With everything that you did observe
3    there, what did you expect Nurse Marvin Anderson and
4    Johnson to do with her?
5                MR. BUTTERFIELD:  Foundation, calls for
6    expert opinion.
7                Go ahead.
8          Q.    (BY MR. DRAPER:)  I just asked what you
9    expected them to do.  Not what they should have done,
10   but what you thought they were going to do.
11         A.    What I thought they were going to do?
12         Q.    Yes.  We've talked about falls.
13         A.    Uh-huh (affirmative).
14         Q.    You showed up at the scene there on this
15   one, on this fall.
16         A.    Uh-huh (affirmative).
17         Q.    And you've got the nurse there --
18         A.    Yeah.
19         Q.    -- and you've got your lieutenant there.
20         A.    Corporal.
21         Q.    I'm sorry, your corporal.
22               And I know that you left to get bedding --
23         A.    Yeah.
24         Q.    -- but what was your expectation that they
25   would do?  What were you thinking, in your mind, what
```

ZACHERY TYLER LLOYD - August 22, 2018

```
 1   they would probably do for her?
 2               MR. BUTTERFIELD:  Same objection.
 3               Go ahead.
 4               THE WITNESS:  I'm not really sure.  Just
 5   for Nurse Marv to look at her and make sure she was
 6   okay, and that --
 7        Q.   (BY MR. DRAPER:)  Did you expect that they
 8   would take her down to medical?  If they're going to
 9   move her, would you think that's where they'd take
10   her?
11        A.   I didn't really think about it.
12        Q.   Previously, you told me that on a fall, if
13   a person falls --
14        A.   Yeah.
15        Q.   -- you would expect them to check her
16   out --
17        A.   (The witness is nodding her head in the
18   affirmative.)
19        Q.   -- them out.
20        A.   Yeah.
21        Q.   -- or take them to medical for
22   observation.
23        A.   Yeah.  Or the nurse --
24               MR. BUTTERFIELD:  Misstates prior
25   testimony.
```

ZACHERY TYLER LLOYD - August 22, 2018

```
 1          Q.    (BY MR. DRAPER:)  Did I say that wrong, or
 2   is that what you --
 3          A.    Or they come and look at them in the cell.
 4          Q.    Okay.  They look at them in the cell or
 5   they take them to medical.
 6          A.    Uh-huh (affirmative).
 7          Q.    Or maybe both, right?
 8          A.    Yeah.
 9          Q.    So what did you think would happen in this
10   case, based on what you saw her condition being?
11               MR. BUTTERFIELD:  Asked and answered.
12               Go ahead.  You can answer.
13               MR. DRAPER:  We do all this stuff.
14               THE WITNESS:  Yeah.  What was the
15   question, again?
16          Q.    (BY MR. DRAPER:)  I'm back to my same
17   question.
18          A.    Yeah.
19          Q.    I mean, I'm not trying to be repetitive,
20   but you see her rolling around --
21          A.    Uh-huh (affirmative).
22          Q.    -- grabbing her side, saying it hurts.
23   Had the wind knocked out of her --
24          A.    Yes.
25          Q.    -- or as you stated to the attorney
```

ZACHERY TYLER LLOYD - August 22, 2018

```
 1   general, she had trouble breathing.
 2        A.    Yeah.
 3        Q.    I'll represent that to you.
 4              Did you think they would take this type of
 5   person -- they would take her to medical?  Is that
 6   what you thought in your mind?
 7              MR. BUTTERFIELD:  Asked and answered.
 8              Go ahead.
 9              THE WITNESS:  I don't really know.  The
10   nurses do their job, I do mine.  I can't -- I didn't
11   really think about it.
12        Q.    (BY MR. DRAPER:)  Okay.  You did your job,
13   in terms of getting the medical there, so --
14        A.    Yeah.
15        Q.    -- I understand that.
16        A.    Yeah.
17        Q.    What made you think that you needed to
18   call medical?
19        A.    Well, she fell off the bunk and she was on
20   the ground, and her celly said she hit her head.
21        Q.    Is there anything else about that incident
22   in Kilo that comes to mind, that we haven't
23   discussed, that you would be able to give us some
24   information about?
25        A.    I don't believe so.
```

ZACHERY TYLER LLOYD - August 22, 2018

1    Q.    So now she's moved into Lima.  Now, this
2  bubble -- am I calling that by the correct name that
3  you guys call it?
4         A.    Yeah, it's a pod, a bubble.
5         Q.    A pod?
6         A.    Yeah.
7         Q.    Is the better term the pod?
8         A.    It's called both.  It's interchangeable.
9         Q.    So is the guy in there called the bubble
10  boy?  I'm just kidding.
11               Okay.  This pod, this bubble, is it the
12  same pod that has a view of Kilo and Lima?
13        A.    Yes.
14        Q.    So how is it set up?  Is it like a wheel
15  or something?
16        A.    It's a --
17        Q.    Is it like the hub of a wheel?  I'm just
18  trying to understand.
19        A.    It's just like a room that's got windows
20  all around it, and then -- it's called the horseshoe.
21  It's pretty much a hallway, and then it's got windows
22  to Lima, Kilo, Juliett and India.
23        Q.    I see.
24        A.    So you can look.
25        Q.    Okay.  So even though she's moved to

ZACHERY TYLER LLOYD - August 22, 2018

```
 1   Lima --
 2          A.    Uh-huh (affirmative).
 3          Q.    I think it was Clerk Rogers that was --
 4          A.    Yeah.
 5          Q.    -- there during this whole time.  He's
 6   able to see her now in Lima as well?
 7                MR. BUTTERFIELD:  Foundation.
 8                Go ahead.
 9                THE WITNESS:  Like I said, there's a
10   window there --
11          Q.    Yes.
12          A.    -- so it's --
13          Q.    Fair enough.
14                Do you know if it was Clerk Rogers that
15   you spoke to when she was in Kilo?  Is that who was
16   there?
17                This whole event that she falls --
18          A.    Yeah.
19          Q.    -- did you talk to the person in the
20   bubble or the pod, a mic or anything?
21          A.    I don't remember.
22          Q.    They're obviously watching --
23          A.    Yeah.
24          Q.    -- so they can open the door.
25          A.    Yeah.
```

ZACHERY TYLER LLOYD - August 22, 2018

1    Q.    Can you tell if the microphone has been
2    turned on in the cell?
3    A.    You can if it's quiet, you can hear it
4    click on, but I mean, I don't know if -- I'm assuming
5    he did.  They usually do, but I don't know.
6    Q.    So how long after that event was it before
7    you next interacted with this inmate in Lima?  How
8    much time went by?
9    A.    Before we got her moved out of Lima?
10   Q.    Yes, your next time having any kind of
11   contact with her down in Lima.
12   A.    I don't really remember the -- because
13   they would have had another round, because there was
14   a head count at 6, a round at 7ish, around that area,
15   another round at 8.  I can't remember.  The only time
16   I remember is when I saw her at the door, with blood
17   on her chin, and that's when I got another deputy.
18   Q.    We'll talk about that in a minute here.
19   A.    Okay.
20   Q.    I have in your attorney general statement
21   that you did a check at 7 and 7:30.  Does that sound
22   right?
23   A.    That, I don't remember.
24   Q.    Do you remember telling Mr. Rogers that
25   you had done the 7:00 check?

ZACHERY TYLER LLOYD - August 22, 2018

1      A.    He would have watched me do it.

2      Q.    Okay.  So if he did say that you told him

3   you did the 7:00, or he knew about that, that would

4   seem consistent with what your understanding is as

5   well?  In other words, if that's what he's saying,

6   does that sound right, that you did a 7:00 check

7   and --

8      A.    Yeah.

9      Q.    -- 7:30 check?

10     A.    Yeah.  Yes.

11     Q.    Now, she went to Lima.  I want to diverge

12  for just a moment and talk about what I've heard

13  referred to as medical checks.

14           Do you know if she was assigned to have

15  medical checks while she was in Lima?

16           MR. BUTTERFIELD:  Foundation.

17           Go ahead and answer.

18           THE WITNESS:  We call them 30-minute

19  watches, medical watches.  I don't remember if we put

20  one on her or not.

21     Q.    (BY MR. DRAPER:)  Tell me about this

22  30-minute watch.

23     A.    Uh-huh (affirmative).

24     Q.    What's the deal on that?

25     A.    We have 15-minute watches and 30-minute

1   watches, and then our hourly rounds.  Thirty-minute

2   watches are -- we just kind of keep an eye on them.

3   Typically, if they're suicidal, we just do more

4   frequent rounds, usually around 30 minutes or an

5   hour.  And if they really seem highly suicidal or

6   something, then we put them on a 15-minute watch.

7   But we can put them on for observations.  It doesn't

8   have to be a suicide watch.

9        Q.    I see.

10       A.    Just if they feel that -- medical or

11  mental health or the watch commander feels they need

12  to be watched more, they'll put a 30- or 15-minute

13  watch on them.

14       Q.    So if someone says, We want a medical

15  watch, really all that matters to you is, What time

16  period do you want me to do the checking?

17            In other words, is there a thing called

18  medical watch?

19       A.    Yeah, the 13 -- 30-minute medical watch or

20  15-minute medical watch.

21       Q.    So either one could be the medical watch?

22       A.    Uh-huh (affirmative).

23       Q.    I see.

24            That's a yes, right?

25            MR. BUTTERFIELD:  Is that a yes?

ZACHERY TYLER LLOYD - August 22, 2018

```
 1              THE WITNESS:  Yes.  Sorry.
 2              MR. BUTTERFIELD:  You've been doing good.
 3    That's, I think, your first one.
 4              MR. DRAPER:  He's done good.
 5         Q.   (BY MR. DRAPER:)  So, in this case, were
 6    you aware of any medical watch being placed on her,
 7    or were you just doing the regular 30-minute watch
 8    that was required in Lima?
 9         A.   I can't remember.
10         Q.   In Lima, do you typically do a 30-minute
11    watch?
12         A.   Not typically, but there can be.
13         Q.   Well, I have that there was a 7 and a 7:30
14    and an 8:00, when you saw the problem.  Does that
15    sound right, that you, on this occasion, did those
16    30-minute watches?
17         A.   I don't remember if I did.
18         Q.   Certainly, before the 8:00 -- well, let's
19    just ask you.  Before the 8:00 watch, what, if
20    anything, did you observe of Heather Miller?  What
21    did you see?
22         A.   Well, when I came back for -- bringing the
23    bedding for the --
24         Q.   Right.
25         A.   -- lower bunk in Lima, when they moved
```

ZACHERY TYLER LLOYD - August 22, 2018

1    her -- I went into Lima, I can't remember why, but

2    Corporal Johnson was still in there, and she was

3    laying on the ground, and I had thought that was

4    unusual, but --

5          Q.    Why so?

6          A.    We don't typically see someone laying on

7    the ground.  They're usually on their bunk.

8          Q.    Did you say something about it?

9          A.    I just said it to my corporal, I thought

10   it was weird.  But I said, When people come off --

11   she said, When people come off drugs, they get hot,

12   so they'll lay on the ground.

13         Q.    Did you think that she was coming off

14   drugs, or that's just what she said?

15         A.    I didn't know.

16         Q.    Do they typically put someone in a top

17   bunk if they're coming off drugs, or do they put them

18   on a lower bunk?

19               MR. BUTTERFIELD:  Foundation.

20               Go ahead and answer.

21               THE WITNESS:  I don't really know.

22         Q.    (BY MR. DRAPER:)  Do you get involved in

23   the screening and the placement of inmates as they

24   come into the jail, placement of whether they're on a

25   top bunk or not?

ZACHERY TYLER LLOYD - August 22, 2018

```
 1          A.    No.  Usually it's the clerks that do.
 2          Q.    Yes.
 3          A.    But I do know if they're, like, having
 4     withdrawals --
 5          Q.    Yes.
 6          A.    -- they do -- they are put on lower bunks.
 7          Q.    So, in this case, Heather Miller was --
 8     when she fell, she was on the top bunk.  What would
 9     that tell you?
10                MR. BUTTERFIELD:  Vague.
11                Go ahead and answer.
12                THE WITNESS:  What do you mean, what --
13          Q.    (BY MR. DRAPER:)  Well, would you assume a
14     person on the top bunk would be having withdrawals?
15                MR. BUTTERFIELD:  Incomplete hypothetical.
16                THE WITNESS:  I don't know.  Like I said,
17     I hadn't interacted with her before, so I didn't know
18     if she was withdrawing.
19          Q.    (BY MR. DRAPER:)  So you saw her down
20     there, and she was on the floor, and that was before
21     the 8:00.
22                Who was in there with her that you talked
23     to about her laying on the ground?
24          A.    It was Corporal Johnson.
25          Q.    You see her laying on the ground.  That
```

ZACHERY TYLER LLOYD - August 22, 2018

```
 1   seemed odd to you.  Then what happened?  Anything
 2   else about that visit?
 3        A.   No.  We just left.
 4        Q.   So then Corporal Johnson is gone, and you
 5   come back around 8:00, I understand.
 6        A.   Yes.
 7        Q.   What did you observe at that time?
 8        A.   At that time, when I was doing my rounds,
 9   she was towards the door more.
10        Q.   Still on the ground?
11        A.   Still on the ground.
12             She was laying with her head towards the
13   door and her foot up on the toilet.  Like I said, I
14   was still pretty new.  She was naked, so my instinct
15   was to quit looking and just move on with my round,
16   but I thought I noticed some blood on her chin.  So I
17   went back and checked, and there was, and then that's
18   when I went to the pod, or the bubble, and then
19   that's when I called the nurses again.
20        Q.   Was there blood on the ground?  Was there
21   any kind of blood on the ground?
22        A.   I didn't see any.  I don't remember,
23   though.
24        Q.   Did you see blood on her hands?
25        A.   I don't remember.  I just remember a
```

ZACHERY TYLER LLOYD - August 22, 2018

1   little bit of blood on her chin, which I didn't

2   notice before.

3        Q.    Did you form an opinion about her unusual

4   position, as you've called it, with her leg up on the

5   toilet?  Did that make you think anything?

6        A.    Like I said, it's something I'd never seen

7   before.

8        Q.    It was something you'd never seen before,

9   you said?

10        A.    Yeah, it was something I'd never seen

11   before.

12        Q.    The fact that she was naked, what did that

13   make you think?

14        A.    Just made me uncomfortable.  I mean, I

15   don't --

16        Q.    Right.

17             So when you saw her there, you determined

18   to do something.  What did you determine to do?  You

19   saw it, you said, Hey, I see blood on her chin.  You

20   observed her.  What did you then do?  What did you

21   decide you were going to do?

22        A.    I just went in and called medical.  Went

23   to the pod and -- on the phone -- not on my radio,

24   but on the phone.  Called medical on the phone.

25        Q.    Why was it that you felt that medical

ZACHERY TYLER LLOYD - August 22, 2018

1    needed to be involved?

2         A.    Because there was blood on her chin that I

3    didn't see before.

4         Q.    So now you're in this pod with --

5         A.    Clerk Rogers.

6         Q.    Kirk Rogers.

7         A.    Clerk.   Sorry.

8         Q.    I'm sorry.   Clerk Rogers, yes.

9              You pick up the phone, and he's there to

10   hear your conversation with the nurses.   It's just

11   the two of you in there, right?

12        A.    Yeah.   Yes.

13        Q.    So tell me about your conversation to

14   medical, and be as step-by-step as much as you can.

15   Who said what and, you know, that type of thing.

16        A.    I'm pretty sure I was on the phone with

17   another nurse.   I don't believe it was Marv.   I

18   believe it was Nurse Daniel.   And I told her what had

19   happened, that she was naked, on the ground, with her

20   head towards the door and that she had blood on her

21   chin that I hadn't seen before.

22              And they said, Well, is she doing okay?

23              And I said, I asked if she was okay, and

24   she kind of gave me a wave, so I took that as she was

25   all right.

ZACHERY TYLER LLOYD - August 22, 2018

```
 1              And then he said, Okay, just kind of keep
 2    an eye on her, and if she gets any worse, let him
 3    know.
 4         Q.    Well, I'm going to back you up a little
 5    bit.
 6         A.    Okay.
 7         Q.    You told the attorney general that you
 8    could hear Anderson on that call as well.  You could
 9    hear him in the background.
10              Do you remember that?
11         A.    I don't remember.
12         Q.    I'll represent to you that Nurse Lloyd
13    stated that this was on a speakerphone.
14         A.    Deputy Lloyd?
15              MR. BUTTERFIELD:  This is Deputy Lloyd.
16         Q.    (BY MR. DRAPER:)  I'm sorry.  Layton.
17    Nurse Layton indicated that that conversation was on
18    a speakerphone.
19              Do you know about that?
20              MR. BUTTERFIELD:  Foundation.
21              THE WITNESS:  I don't know.  My phone was
22    on speaker or the nurses' station?
23         Q.    The nurse's phone.
24         A.    I can't remember.
25         Q.    Just a moment.  We can take a break and I
```

ZACHERY TYLER LLOYD - August 22, 2018

1  can have you read that statement, and I think I may

2  have you do that.  But I'm going to read a paragraph

3  that says -- and this is the Memorandum of Interview

4  prepared by Tyson Downing, the attorney general's

5  office.

6         He says, Lloyd said he called on the phone

7  rather than his radio, because it didn't seem

8  life-threatening, but he was concerned.  He spoke

9  with, he believes, the other nurse, Nurse Dan.  Lloyd

10  thought he also heard Nurse Marvin in the background.

11  Lloyd told Nurse Dan that Ms. Miller was laying on

12  the ground, was naked, and had a little bit of blood

13  on her chin.  He was asked if she was moving and

14  breathing, and he responded that she was.  He was

15  then told to keep an eye on her.  Lloyd said, I

16  wanted them to come down and look at her, but didn't

17  explicitly ask.

18         Is that an accurate summation of that

19  phone call?

20     A.    That was so long ago.  I did want them to

21  come back down.  I don't know.  I don't remember.

22  Sorry.

23     Q.    Well, and I also have the actual video of

24  this, and we could actually even have you watch that,

25  if you'd like.

ZACHERY TYLER LLOYD - August 22, 2018

```
1          A.    Okay.

2          Q.    We may need to take a break to have you

3    observe that.

4          A.    Okay.

5          Q.    Let's do this, at the moment here.  I'm

6    going to hand you a copy of this report.

7          A.    Okay.

8          Q.    See if that refreshes your recollection.

9                MR. DRAPER:  We'll take a short break

10   while you read that.

11               MR. BUTTERFIELD:  Let's go off the record,

12   then.

13               MR. DRAPER:  Yes.

14               (Off the record from 10:12 a.m. to

15   10:18 a.m.)

16               MR. DRAPER:  We're back on the record.

17               MR. BUTTERFIELD:  Yes.

18         Q.    (BY MR. DRAPER:)  So you've had a chance

19   to review that statement.  Does that jog your memory

20   on anything?

21         A.    A little.  Yeah, a little.

22         Q.    What can you add to help us understand

23   that?

24         A.    What?

25         Q.    That phone call.
```

ZACHERY TYLER LLOYD - August 22, 2018

 1        A.     Phone call?

 2        Q.     Do you now remember Anderson being in the

 3   background, Marvin Anderson?

 4        A.     I don't really remember if it was Anderson

 5   or not.  I don't want to say yes and I don't want to

 6   say no.

 7        Q.     At the time you gave this statement, it

 8   states that that was your memory.  Is that --

 9        A.     Okay.

10        Q.     -- possible?

11        A.     Yeah.

12        Q.     Okay.  So now there's a conversation that

13   took place.  You tell them what you're seeing in that

14   cell.  And just because of our break, if you don't

15   mind -- I'm not just trying to get you to repeat it,

16   but you've described seeing her naked, laying in an

17   odd position --

18        A.     Yeah.

19        Q.     -- with blood on her chin.

20        A.     (The witness is nodding his head in the

21   affirmative.)

22        Q.     What else did you tell them?

23               MR. BUTTERFIELD:  Asked and answered.

24               THE WITNESS:  Just that her foot was on

25   the toilet -- because the toilet -- the door is here,

ZACHERY TYLER LLOYD - August 22, 2018

```
 1  with the window (indicating), and then the toilet --
 2  and the sink is right here (indicating).
 3            She was laying head towards the door and
 4  her foot on the toilet.  Like I said, she was naked,
 5  but she had a bra on.  So my first response was to
 6  walk away and not see it, but then, you know, I've
 7  got to be sure to do my check.
 8       Q.    Right.
 9       A.    So I went back, and she did have some
10  blood on her chin.
11       Q.    And the bra was only covering one breast,
12  as I understand.  You don't remember that?
13       A.    Yeah.
14       Q.    So you weren't trying to look.  Okay.
15       A.    Yeah.
16       Q.    I understand.
17            So what did the medical tell you?
18       A.    On the phone?
19       Q.    Yes.
20       A.    Just to keep an eye on her.  They said if
21  she's still -- yeah.
22            Did she respond?
23            I said, Yeah, she raised her hand.
24            And then they -- if she gets worse, let
25  them know.
```

ZACHERY TYLER LLOYD - August 22, 2018

```
1        Q.    Do you remember saying that they told you
2    just not to think too much about it?
3        A.    I don't remember -- I don't remember that.
4    I just remember them saying if she gets worse, let
5    them know.
6              MR. DRAPER:  Let's get this marked as
7    Exhibit-2.  This is the Memorandum of Interview of
8    Deputy Lloyd.
9              (Deposition Exhibit-2 was marked for
10   identification.
11       Q.    (BY MR. DRAPER:)  I'm going to show you
12   this statement.  We'll mark this as Exhibit-3.  This
13   is the same interview from the attorney general, but
14   this is from Roberta Wall.
15       A.    Okay.
16       Q.    Look on the last page of that.
17       A.    Okay.
18       Q.    Two-thirds of the way down the page.
19             Her testimony.  Deputy Lloyd told her that
20   he'd reported when he saw the blood on the inmate, he
21   called medical and that whomever he spoke with in
22   medical told him to, more or less, not worry about
23   it.
24             Did you tell Deputy Wall about that?
25             MR. BUTTERFIELD:  Where are you reading?
```

ZACHERY TYLER LLOYD - August 22, 2018

```
 1   Oh, it's the last --
 2              MR. DRAPER:  The last sentence, actually.
 3              MR. BUTTERFIELD:  Okay.  I gotcha.
 4              THE WITNESS:  I don't remember that.
 5   Sorry.
 6              MR. DRAPER:  We'll mark that as Number 3.
 7              (Deposition Exhibit-3 was marked for
 8   identification.)
 9              MR. DRAPER:  And then we have another
10   statement from Lawrence Lucius.  This one will be
11   marked as Number 4.  This is Lawrence Lucius'
12   statement.
13              (Deposition Exhibit-4 was marked for
14   identification.)
15       Q.    (BY MR. DRAPER:)  On the second page, at
16   the top, he states, Deputy Lucius said that Deputy
17   Lloyd said he had called medical about it, and
18   medical's response was to, quote, Don't look too much
19   into it.
20              You've got two individuals saying --
21       A.    Right.
22       Q.    -- that you said that.
23              Did you say that to Deputy Lucius?
24              MR. BUTTERFIELD:  Asked and answered.
25              Go ahead and answer.
```

ZACHERY TYLER LLOYD - August 22, 2018

1                THE WITNESS:  I don't remember.

2        Q.    (BY MR. DRAPER:)  Is it just that you

3   don't remember, or maybe if you -- is there something

4   that would jog your memory to remember these

5   statements to these two additional people?

6        A.    I don't remember saying that to them at

7   all.  I'm sorry.  All I remember from talking on the

8   phone with medical, is they said just keep an eye on

9   her, and if she gets worse, let them know, and I

10  didn't really like that response.

11       Q.    Okay.  You didn't like that response.

12       A.    That's when I got Deputy Lucius.

13       Q.    Why did you not like that response?

14       A.    She had blood on her chin.  I mean,

15  something else could have happened in that time.

16       Q.    Right.

17       A.    I don't know.  I can't remember back that

18  far.  It was a year and a half ago almost.

19            MR. DRAPER:  Let's take a quick break for

20  just a second while I grab a photograph.

21            (Off the record from 10:24 a.m. to

22  10:28 a.m.)

23       Q.    (BY MR. DRAPER:)  Before I show you this

24  photograph of Heather's chin, do you remember talking

25  to Clerk Rogers about what medical said to you?

ZACHERY TYLER LLOYD - August 22, 2018

```
 1        A.    Not really talking to him.  I just said,
 2   I'm just kind of -- I had them call back in the pod
 3   to see if she was okay, and then that's when I went
 4   and got Deputy Lucius.
 5        Q.    Right.  You're having this conversation
 6   with medical.  We've looked at all these exhibits.
 7   We had Deputy Wall, we had Deputy Lucius, all saying
 8   that you told them that you were told not to think --
 9   not to -- let me get it right.  We have Wall saying,
10   told him to, more or less, not worry about it.  And
11   you had Lucius saying -- Deputy Lucius said that
12   Deputy Lloyd said he had called medical about it, and
13   medical's response was don't look too much into it.
14             Now I'm going to give you what I'll mark
15   as Exhibit-5, and I'm going to have you look on the
16   second page, at the top.  This is Clerk Rogers, and
17   he's listening to your side of the information, isn't
18   he?  Right?
19        A.    Yes.
20        Q.    And he says, Rogers then heard Lloyd
21   say -- or said, quote, So I should just not think too
22   much about it, and was told, Yeah.
23        A.    (The witness is nodding his head in the
24   affirmative.)
25        Q.    Now, I reviewed and listened to the
```

ZACHERY TYLER LLOYD - August 22, 2018

1   attorney general's video.

2        A.    Uh-huh (affirmative).

3        Q.    If you're not real clear on it today, but

4   you talked to the attorney general back a year ago,

5   do you think that your recollection might have been

6   more clear back then?

7        A.    Yes, back then.  Like I said, it's

8   possible I said it -- or that it was said, but I

9   just -- I don't remember.

10        Q.    Okay.  Fair enough.

11             But either way, you didn't like that

12   answer, you said, and that's when we took our break.

13   Why did you not like that answer?  The blood on her

14   chin, I guess.

15        A.    Yeah.

16        Q.    Is that all, or was there more that made

17   you feel concerned about that answer?

18        A.    Well, like I said, just her behavior.  I

19   mean, she's naked on the ground, had blood on her

20   chin.  That's why I called medical.  And then I went

21   and got another deputy, and then that deputy called

22   Sergeant Wall to come in.

23        Q.    So you specifically went to get Dr.

24   Lucius, because you didn't --

25        A.    Deputy Lucius.

ZACHERY TYLER LLOYD - August 22, 2018

1      Q.      -- Deputy Lucius, because you did not like

2    the response you got from medical?

3      A.      Right.

4      Q.      I'm going to show you Exhibit-6.   It's

5    just a photo -- it's an autopsy photograph of Heather

6    Miller's chin.   It's kind of a close photo, and it

7    has a metric which has been blown up so that the

8    metric -- you just have to compare that.

9      A.      Right.

10     Q.      Were you able to observe that on her chin,

11   or just the blood on it?

12     A.      I just noticed the blood on it, yeah.

13          MR. DRAPER:   Let's mark this.

14          (Deposition Exhibit-5 was marked for

15   identification.)

16          (Deposition Exhibit-6 was marked for

17   identification.)

18     Q.      (BY MR. DRAPER:)   So Deputy Lucius is

19   someone that actually helped train you, isn't he?

20     A.      Yeah, he was my -- what's it called --

21   FTO, field training officer.

22     Q.      You trusted him, you had confidence in

23   him?

24     A.      Yes.

25     Q.      And he's had a lot of experience?

ZACHERY TYLER LLOYD - August 22, 2018

```
 1         A.     Yes.

 2         Q.     Is that why you sought him out?

 3         A.     Yes.

 4         Q.     What were you hoping to get from him?

 5         A.     Just a second opinion, what his thoughts

 6    were.

 7         Q.     About Heather Miller's condition --

 8         A.     Yeah.

 9         Q.     -- and the problem?

10         A.     Yeah.  Yes, about Heather Miller.  Yeah.

11         Q.     So you went and got him.

12         A.     (The witness is nodding his head in the

13    affirmative.)

14         Q.     How far away was he?  Was it a short time?

15    How long to get him?

16         A.     That, I don't remember.  I think he was

17    pretty much right outside.  So you have pod four,

18    like I said, there's a horseshoe hall, and then

19    there's another hall that goes this way (indicating)

20    into the Legacy hallway, the long hallway that goes

21    this way.  I think he was just right out the door.  I

22    don't know --

23         Q.     Okay.

24         A.     -- which pod he was working in, but I

25    think it was close to mine.
```

ZACHERY TYLER LLOYD - August 22, 2018

```
1          Q.     Maybe five?
2          A.     I don't know if it was five or six, yeah.
3          Q.     In any regard, you got him pretty readily,
4    and he came back with you?
5          A.     Right, yes.
6          Q.     Did you tell him what response medical had
7    given to you about this inmate you were concerned
8    about?  What was the conversation?
9          A.     I don't remember the conversation.  Like I
10   just remember, like, Come and look at her, see what
11   you think.
12                That's pretty much what it was, yeah.  And
13   then when we walked in there and he saw that she was
14   naked, that's when he called Sergeant Wall.
15         Q.     Okay.  So when you walked in there, are
16   you actually looking in the window, or did you --
17         A.     Window.
18         Q.     -- walk in the door?
19         A.     Window.
20         Q.     Looking in the window.
21                And you called Sergeant Wall, who is
22   female?
23         A.     Yes.
24         Q.     Why did you call her?
25         A.     Lucius called her.
```

ZACHERY TYLER LLOYD - August 22, 2018

```
 1        Q.    Okay.
 2        A.    Because she was female, and since she was
 3   naked.
 4        Q.    So now explain what happened at that
 5   point.  Walk us through that.
 6        A.    Well, I remember she was -- when we got
 7   the wheelchair, Sergeant Wall decided to move her to
 8   medical.  Me and Lucius went in and picked her up and
 9   put her in the wheelchair, and then we wheeled her
10   down to medical.
11        Q.    How long was -- from the moment that you
12   called medical until you got Lucius and Wall and went
13   into the cell and dealt with Heather and got her in
14   the wheelchair, that whole process, everything that
15   happened, how long before you got her down to medical
16   from that, by memory?
17        A.    I have no idea how long it would be.  I
18   have no idea.  I'm sorry.
19        Q.    Okay.
20        A.    That's a pretty long -- it's a pretty long
21   walk from pod four down to medical, because the
22   hallway is pretty long.  So I would assume, I don't
23   know, five, ten minutes.  I don't know.
24        Q.    For the walk or --
25        A.    The walk, yeah.
```

ZACHERY TYLER LLOYD - August 22, 2018

1      Q.     -- the whole time?  Okay.

2             Well, did you delay from the time medical

3   told you not to think too much about it, until the

4   time you went and got Deputy Lucius, or did you go

5   right there?

6      A.     It was right after, yeah, because we

7   just -- like once I got the phone, I walked out and

8   he was right there, and that's when I grabbed him.

9      Q.     Okay.

10     A.     He was just right outside my pod.

11     Q.     What took place in the cell?  You

12  described lifting her onto the wheelchair.  Was there

13  any attempt to get medical care?

14     A.     Yeah, to take her down to medical.

15     Q.     Do you recall a call from Wall to medical,

16  asking them to come?

17            MR. BUTTERFIELD:  Foundation.

18     Q.     (BY MR. DRAPER:)  Do you recall anybody in

19  that cell at that time calling medical, on the radio

20  or otherwise?

21     A.     I don't remember that, no.

22     Q.     So what your memory is, you basically had

23  all of these people involved.  And we have you, Wall,

24  Lucius.  Who else?

25     A.     And Corporal Johnson.

ZACHERY TYLER LLOYD - August 22, 2018

1        Q.    Johnson.  Four of you?

2        A.    Yeah.  Yes.

3        Q.    The four of you take her down to medical

4    in that wheelchair?

5        A.    Yes.

6        Q.    And I guess -- were you able to get her to

7    get clothes on, or did you use a blanket or

8    something?

9        A.    Yeah, there was a -- because we get blue

10   blankets with them, because it -- we just, yeah, I

11   think wrapped her up in a blanket.

12       Q.    On the way to medical, what was she doing?

13       A.    She was sitting in a wheelchair.

14       Q.    Was she making any motion?  Was her body

15   doing anything other than just sitting in the

16   wheelchair?

17       A.    She was, like, cold and sweaty, like kind

18   of clammy.

19       Q.    What was her skin color like?

20       A.    Pale, I guess, like -- I don't know.

21       Q.    Maybe gray, kind of, looking?

22       A.    Yeah.

23             MR. BUTTERFIELD:  Misstates prior

24   testimony.

25       Q.    (BY MR. DRAPER:)  Pale, you said?

ZACHERY TYLER LLOYD - August 22, 2018

1      A.    Yeah.   That's what I wrote, was gray, but
2   yeah, palish, kind of.
3      Q.    When you said what you wrote, that's in
4   your --
5      A.    Yeah, a gray color.
6      Q.    -- Exhibit-1 report?
7            Why don't you read exactly what that says
8   there.
9      A.    Heather -- we decided to move -- Sergeant
10  Wall decided to move Heather -- inmate Miller,
11  Heather, to medical because she was unresponsive and
12  her skin color was gray.  Her skin was cold to the
13  touch and sweating profusely.
14           I do remember that, because when I put her
15  in the wheelchair, it was -- she was really cold,
16  like -- but she was still -- yeah.
17           And then at this time, Corporal Johnson
18  came in to help assist her into the wheelchair.
19     Q.    Was she combative?  Was she thrashing
20  around?
21     A.    No, no, no.  We just put her in the
22  wheelchair.  She did -- I think she kind of stiffened
23  up a couple of times.  I don't know if she was a --
24  but she kind of stiffened up a couple of times,
25  because she wouldn't keep her feet on the little feet

ZACHERY TYLER LLOYD - August 22, 2018

1   holder pedals.

2        Q.    So stiffening up would be like stretching

3   her legs out, is what you're describing?

4        A.    Uh-huh (affirmative), or seizing or -- I'm

5   not sure what it was.

6        Q.    Okay.  So you took her to medical?

7        A.    Uh-huh (affirmative).

8        Q.    Who was the first person you came across

9   in medical?

10       A.    Well, we took her into medical, and that's

11  when -- I can't remember which nurse it was.  They

12  started hooking her up to the blood pressure monitor,

13  get the oxygen thing on her finger, and then oxygen.

14       Q.    Was it Nurse Anderson?

15       A.    I don't remember who -- which nurse it

16  was.

17       Q.    Do you remember Nurse Anderson or anyone

18  saying something to you about, Really, you're

19  bringing her to me dead, a comment like that?

20       A.    I don't remember any kind of comment.  I

21  remember it was like, Yeah, we need to get her to the

22  hospital.  I believe that was Anderson.  I can't

23  remember, though.

24       Q.    Did he say, We need to get her out of

25  here, or We need to get her to the hospital?

ZACHERY TYLER LLOYD - August 22, 2018

```
 1        A.    Hospital.  I believe.  I can't remember.
 2        Q.    When you say you can't remember but you're
 3   telling me about it, it sounds like --
 4        A.    Yeah.
 5        Q.    -- you remember it, but it's not -- what?
 6        A.    Too clear.
 7        Q.    Okay.
 8        A.    I don't remember.
 9        Q.    But you do recall --
10        A.    Yeah.
11        Q.    -- that seemed to be the case.
12              All right.  So now you're there in
13   medical.  Did you stay with her until the EMTs
14   arrived?
15        A.    I was there.  I was holding the blanket
16   down on her, so when she moved, that she wouldn't be
17   exposed.
18        Q.    How long after you got her to medical did
19   a call go to the EMTs to arrive -- did the call go
20   for the EMTs?
21        A.    I'm not sure who called the EMTs, so I
22   don't know when it was placed.
23        Q.    Then let's ask, from the moment you got to
24   medical, until the EMTs arrived, how long do you
25   think went by?  How much time went by?
```

ZACHERY TYLER LLOYD - August 22, 2018

1          A.    I don't remember how long it was.

2          Q.    Do you remember conversations with the

3   EMTs about them waiting at the sally port?

4          A.    No.   What do you mean, waiting at the

5   sally port?

6          Q.    Well, I'm just saying the EMTs were

7   critical that they couldn't get into the medical

8   facility -- your medical unit, and that they were

9   kept out of the sally port while they're waiting.

10         Do you remember any conversation about

11  that?

12         A.    I don't remember any -- know that.

13         Q.    When they arrived, what did the EMTs do,

14  that you observed?

15         A.    They just --

16         Q.    Attended to her?   Took her away?

17         A.    Yeah.   Sorry, I can't remember if it was

18  the EMTs or if it was our paramedics.

19         Q.    You know what, I'm calling it the EMTs.   I

20  don't know, what's the difference for you, the EMTs

21  or the paramedics?

22         A.    So EMTs -- I can't remember if it was EMTs

23  or if it was paramedics.   Because we have our own --

24  Davis County has our own paramedics.   I think -- I'm

25  not sure.   Like I don't want to say, because I'm not

ZACHERY TYLER LLOYD - August 22, 2018

1    a hundred percent on it.  Because Farmington Fire

2    Department will come in, and they've got the EMTs who

3    come in and they'll take them out on an ambulance,

4    and we have our own paramedics that can come in and

5    do stuff too.  I swore I saw our paramedics there,

6    but --

7         Q.    These are the paramedics with their

8    ambulance, is what you remember?

9         A.    Well, we don't have an ambulance.

10        Q.    Well, the paramedics brought an ambulance

11   with them, right?

12        A.    Okay.

13        Q.    I don't want to -- I'm asking you, man.

14        A.    I know.  I'm sorry, I didn't --

15        Q.    Who showed up, that you remember?

16        A.    I can't remember his name.  Because he's a

17   deputy paramedic.  I can't remember his name, though.

18   Because that's -- oh, I can't remember his name.  It

19   starts with a P.

20        Q.    But do you know from what department they

21   came?

22        A.    I could have sworn it was our guys, Davis

23   County sheriff paramedic.

24        Q.    Well, Zach --

25        A.    Yes.

ZACHERY TYLER LLOYD - August 22, 2018

1      Q.    -- just as a human being, how did you feel
2   about the attention given to Heather Miller by the
3   nursing staff at the jail?  How did you feel about
4   it?
5      A.    I don't know.  Like I'm not a nurse, so I
6   don't know what the procedures or anything are
7   dealing with that.  I think they did their job.
8      Q.    But there was one point you were so
9   dissatisfied, you went to get a second opinion.
10     A.    Yes.
11     Q.    How did you feel at that point about the
12  nurses?
13     A.    I don't know.  I mean, I was not happy
14  that they didn't -- I don't know.  Like I said, I
15  didn't ask them to come down when they were just
16  listening to my concern.
17     Q.    I'm sorry, I missed that.  I couldn't
18  hear.
19     A.    I mean, I didn't ask them to come down.  I
20  mean, I told them about the blood on the chin and her
21  behavior.  I mean, there's not much else I can do
22  beyond that, so I just got another person to come in.
23     Q.    This is a broad question:  Is there
24  anything that I haven't asked you that has been
25  discussed by topic that you'd like to add or that you

ZACHERY TYLER LLOYD - August 22, 2018

1   didn't got a chance to respond to completely or that

2   would help me understand better what happened here?

3       A.    I don't think so.  I think that's pretty

4   much it.

5       Q.    Fair enough.

6           MR. DRAPER:  I think I'm pretty well done.

7   Let me take a minute with my cohorts here and see if

8   there's anything else I want to go into.

9           THE WITNESS:  Okay.

10          (Off the record from 10:44 a.m. to

11  10:51 a.m.)

12          MR. DRAPER:  Let's go back on.

13      Q.    (BY MR. DRAPER:)  Officer Lloyd, just a

14  few further questions.

15          On falls from bunks, I understand that

16  you've changed the policy that you've adopted for

17  head counts, because of that.  Is that right?

18      A.    Because of the first fall I had, when he

19  split his ear open.

20      Q.    Okay.

21      A.    So when they jump off -- we can lock them

22  down for the day if they don't stand for head count.

23  So people get -- you know, people have masks with eye

24  things, so it blocks out the light, earphones -- not

25  earphones, but earbuds so they can block out sound.

ZACHERY TYLER LLOYD - August 22, 2018

1          I understand that, so I don't make them
2    get up and stand at the door for head count.  As long
3    as I can see their face, they take the thing off so
4    there's no bruises or anything on their face and I
5    know they're alive, then I'm good.
6          Q.    So you actually were adopting that
7    policy --
8          A.    Before.
9          Q.    -- at the time Heather fell?
10         A.    Uh-huh (affirmative).
11         Q.    It was already in place.  But she
12   apparently fell getting down for the head count?
13         A.    Uh-huh (affirmative).
14              MR. BUTTERFIELD:  Are those yeses?
15              THE WITNESS:  Yes.  Sorry.
16              MR. DRAPER:  Sorry.  Thank you.
17              THE WITNESS:  Yeah.
18         Q.    (BY MR. DRAPER:)  I want to talk about the
19   difference between a regular check and a medical
20   check.  Is there a difference, or is it just the
21   frequency?
22         A.    Frequency.
23         Q.    So if it's a medical, it's not suggesting
24   that it's somebody with medical training, it's just
25   medical has ordered a more frequent look?

ZACHERY TYLER LLOYD - August 22, 2018

1          A.    Yes.

2          Q.    Now, we've talked about it, I'm not trying

3    to rehash it, but you and Rogers were discussing, and

4    it looked to me that -- well, I'm reading a 7:00, a

5    7:30 and then an 8:00 check.  That would be every

6    half hour.

7                Do you know if that was a schedule you

8    were following?  Is that what you typically do in

9    Lima?

10         A.    That's something we typically do.  And I

11   don't remember doing all those checks.

12         Q.    Do you remember the 8:00 one, and do you

13   remember one prior?

14         A.    I don't recall.  And then the head count,

15   yeah.

16         Q.    The head count in Kilo.

17         A.    Uh-huh (affirmative).

18         Q.    But then in Lima, you described at least

19   one check prior that you remember, because she was

20   still on the floor.

21         A.    Right.

22         Q.    But you're not clear if it was 7 or 7:30

23   at this point.  Maybe --

24         A.    Yeah, I don't --

25         Q.    Maybe what you said was you don't remember

ZACHERY TYLER LLOYD - August 22, 2018

1   the 7:00 one.

2        A.    Right, I don't remember -- yeah, I don't

3   remember the 7:00 one or 7:30 one.

4        Q.    Well, I can tell you that we've got the

5   video.  Some big brute's walking by around 7:00.

6        A.    Okay.

7        Q.    You know, so -- look, I just -- I'm not

8   the one testifying, but -- and it's not that

9   important, really, I don't think, but I just wanted

10  to know if you recall a specific assignment to do a

11  30-minute check for this girl.

12       A.    I don't remember if there was a watch put

13  on her.

14       Q.    Have you had any training in drug

15  withdrawal?

16       A.    No.  A little bit in the academy, but they

17  just kind of touch on it.  I don't remember a drug

18  withdrawal, though.

19       Q.    So nothing specific that would qualify you

20  to state whether a person was or wasn't coming down

21  from drugs?

22       A.    Right.  Yeah, no experience in that.

23       Q.    So when you see her on the floor in Lima,

24  you don't really have a way of saying why you thought

25  she was having all these aspects of her strange

ZACHERY TYLER LLOYD - August 22, 2018

1   behavior, she's laying there, she's virtually naked.

2         A.    Right.

3         Q.    You don't know what the cause of that was?

4         A.    Yeah.  Like I said, it was strange

5   behavior.  That's -- yeah.

6         Q.    I didn't have you talk too much, and I

7   don't know how much information you recall, but when

8   you brought Lucius to the cell in Lima, and Wall

9   appears and Anderson -- not Anderson.  He didn't show

10  up.  The lieutenant.  What's his name -- or her name?

11        A.    Sergeant Wall?  Sergeant Wall, Corporal

12  Johnson, and Lucius.

13        Q.    Corporal Johnson, yes.

14              So all of you are in there.  Can you

15  explain what people were doing from the time they

16  arrived until you guys all took her out to medical?

17  What happened during that time?

18              MR. BUTTERFIELD:  Asked and answered.

19              Go ahead.

20              THE WITNESS:  It's hard to remember, but I

21  remember Sergeant Wall trying to get her dressed so

22  we could take her to medical.  That's --

23        Q.    (BY MR. DRAPER:)  Was anyone, that you

24  could observe, trying to offer some type of medical

25  help -- or maybe not even medical, just personal

ZACHERY TYLER LLOYD - August 22, 2018

1   help, other than getting her dressed?

2        A.    Say that again.

3        Q.    Well, I don't know what people were doing.

4   Were they just standing and watching or hoping that

5   Wall got her dressed?

6        A.    Yeah, because being a male deputy, you

7   don't -- you know, she's naked, so the females will

8   go in there and try to get that taken care of,

9   getting dressed.

10       Q.    In my review of all of these tapes, all

11  the testimony and the surveillance tapes and the

12  attorney general's timeline, all of that seems to

13  indicate that from the time you saw Heather Miller in

14  Lima and made your call -- from the time of that call

15  to medical until the time of arriving in medical was

16  about 21 minutes.

17             Does that sound right?

18       A.    From, like, when I saw her --

19       Q.    Phone call to --

20       A.    Phone call?

21       Q.    -- visit to medical.

22       A.    About 21 minutes?

23       Q.    That's what I determined.  I'm asking if

24  that sounds right to you.

25       A.    Yeah, it could sound about right, trying

ZACHERY TYLER LLOYD - August 22, 2018

```
1    to get her dressed, getting her into a wheelchair.
2    And then, like I said, it's a long hallway.
3          Q.   Now, had medical come down right when you
4    called them, how long do you think it would have
5    taken for them to get there?
6               MR. BUTTERFIELD:  Speculation, foundation.
7               Go ahead and answer.
8          Q.   (BY MR. DRAPER:)  How far is medical from
9    there?  If they were in medical, how long would it
10   take for them to get from medical to there?  Two
11   minutes?
12         A.   Two to five minutes, maybe.
13         Q.   Do you know how long the paramedics
14   waited?
15         A.   I don't know how long they waited.
16         Q.   Do you know how long from the time she
17   arrives in medical until the time the paramedics took
18   her away?
19         A.   I don't remember how long it was.
20         Q.   Okay.  I'm just asking you.
21         A.   Yeah.
22              MR. DRAPER:  Okay.  I think that's all I
23   have.  Thank you.  I appreciate it.
24              MR. BUTTERFIELD:  I don't have any
25   questions.
```

ZACHERY TYLER LLOYD - August 22, 2018

1           We'll read and sign.  You can send it to

2   my office.

3           (The deposition proceedings concluded at

4   10:58 a.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ZACHERY TYLER LLOYD - August 22, 2018

REPORTER CERTIFICATE

STATE OF UTAH                    )
                                 )
COUNTY OF SALT LAKE              )

       I, Jennifer Nazer Braun, Certified Shorthand
Reporter and Registered Professional Reporter
for the State of Utah, do hereby certify:

       That the foregoing proceedings were taken before
me at the time and place set forth herein; and that
the proceedings were taken down by me in stenograph
and thereafter transcribed into typewriting under my
direction and supervision;

       That the foregoing pages contain a true and
correct transcription of my said notes so taken.

       I further certify that I am not of kin or
otherwise associated with any of the parties, nor do
I have a financial interest in said action.

                         _____
                         Jennifer Nazer Braun, CSR, RPR

ZACHERY TYLER LLOYD - August 22, 2018

```
1   Case:  STELLA VS. DAVIS COUNTY, ET AL.
    Case No:  1:18-cv-002    Date:  August 22, 2018
2   Reporter:  Jennifer Nazer Braun, Q&A Reporting, Inc.
    1872 South Main St., Salt Lake City, Utah  84115
3
                      WITNESS CERTIFICATE
4
    STATE OF UTAH                )
5                                )
    COUNTY OF SALT LAKE          )
6
            I, ZACHERY TYLER LLOYD, HEREBY DECLARE
7   UNDER PENALTY OF PERJURY:  That I am the witness
    referred to in the transcript; that I have read the
8   transcript and know the contents thereof; that with
    these corrections, I have noted this transcript truly
9   and accurately reflects my testimony.

10  PAGE LINE            CHANGE/CORRECTION              REASON
    ____ ____    _____    _____
11
    ____ ____    _____    _____
12
    ____ ____    _____    _____
13
    ____ ____    _____    _____
14
    ____ ____    _____    _____
15
    ____ ____    _____    _____
16
    ____ ____    _____    _____
17
    ____ ____    _____    _____
18
    ____ ____    _____    _____
19
       ____         No corrections were made
20
                         _____
21                         ZACHERY TYLER LLOYD

22  SUBSCRIBED AND SWORN to before me

23  this _____ day of _____, 2018.

24             Notary Public: _____

25  My Commission Expires: _____
```

## A

**able (8)**
18:4;20:7;22:21,
24;26:23;28:6;48:10;
53:6
**academy (2)**
7:24;63:16
**accurate (1)**
39:18
**accurately (1)**
69:9
**across (1)**
55:8
**acting (1)**
18:11
**activate (2)**
17:8,10
**actual (2)**
7:9;39:23
**actually (6)**
9:23;39:24;44:2;
48:19;50:16;61:6
**add (2)**
40:22;59:25
**addition (2)**
8:5,8
**additional (2)**
9:19;45:5
**adopted (1)**
60:16
**adopting (1)**
61:6
**affirmative (22)**
5:14;10:7;19:5;
21:18,21;23:13,16;
24:18;25:6,21;28:2;
30:23;31:22;41:21;
46:24;47:2;49:13;
55:4,7;61:10,13;
62:17
**again (5)**
19:1;21:16;25:15;
35:19;65:2
**ago (3)**
39:20;45:18;47:4
**ahead (18)**
10:16;12:5,17;
13:13;19:22;20:10,
18;23:7;24:3;25:12;
26:8;28:8;30:17;
33:20;34:11;44:25;
64:19;66:7
**AL (1)**
69:1
**alive (1)**
61:5
**almost (1)**
45:18
**although (1)**
18:3
**always (2)**

8:7;14:22
**ambiguous (1)**
10:15
**ambulance (4)**
58:3,8,9,10
**Anderson (12)**
18:24;20:14;23:3;
38:8;41:2,3,4;55:14,
17,22;64:9,9
**answered (6)**
19:21;25:11;26:7;
41:23;44:24;64:18
**apologize (1)**
9:6
**apparently (1)**
61:12
**appears (1)**
64:9
**appreciate (1)**
66:23
**appropriate (1)**
21:3
**area (2)**
16:25;29:14
**around (11)**
17:19,20;18:8;
19:25;25:20;27:20;
29:14;31:4;35:5;
54:20;63:5
**arrive (2)**
21:7;56:19
**arrived (7)**
20:14;21:7,11;
56:14,24;57:13;
64:16
**arrives (1)**
66:17
**arriving (1)**
65:15
**aspects (1)**
63:25
**assigned (1)**
30:14
**assignment (1)**
63:10
**assist (1)**
54:18
**assume (3)**
17:13;34:13;51:22
**assuming (2)**
21:14;29:4
**attempt (1)**
52:13
**Attended (1)**
57:16
**attention (1)**
59:2
**attorney (16)**
6:12,15,24;7:6;
8:18;15:15;19:1;
20:3;25:25;29:20;
38:7;39:4;43:13;
47:1,4;65:12

**August (1)**
5:1
**autopsy (1)**
48:5
**aware (4)**
13:25;14:9,19;32:6
**away (5)**
15:23;42:6;49:14;
57:16;66:18
**awkward (1)**
5:15

## B

**back (17)**
22:14,16;25:16;
32:22;35:5,17;38:4;
39:21;40:16;42:9;
45:17;46:2;47:4,6,7;
50:4;60:12
**background (4)**
7:14;38:9;39:10;
41:3
**based (1)**
25:10
**basic (3)**
8:2,10;11:25
**basically (1)**
52:22
**became (1)**
14:19
**bed (1)**
10:25
**bedding (5)**
19:11,12;22:11;
23:22;32:23
**behavior (4)**
47:18;59:21;64:1,5
**believes (1)**
39:9
**better (2)**
27:7;60:2
**beyond (1)**
59:22
**big (2)**
18:6;63:5
**bit (6)**
7:10,15;36:1;38:5;
39:12;63:16
**blanket (3)**
53:7,11;56:15
**blankets (1)**
53:10
**block (1)**
60:25
**blocks (1)**
60:24
**blood (20)**
29:16;35:16,20,21,
24;36:1,19;37:2,20;
39:12;41:19;42:10;
43:20;45:14;47:13,
19;48:11,12;55:12;

59:20
**blown (1)**
48:7
**blue (1)**
53:9
**body (1)**
53:14
**both (2)**
25:7;27:8
**bottom (2)**
9:24;12:18
**boy (1)**
27:10
**bra (2)**
42:5,11
**Braun (1)**
69:2
**break (6)**
38:25;40:2,9;
41:14;45:19;47:12
**breast (1)**
42:11
**breathing (4)**
19:3;20:4;26:1;
39:14
**briefly (1)**
7:21
**bringing (2)**
32:22;55:19
**broad (1)**
59:23
**brought (2)**
58:10;64:8
**bruises (1)**
61:4
**brute's (1)**
63:5
**bubble (8)**
17:1,3;27:2,4,9,11;
28:20;35:18
**bunk (18)**
11:2,7,15;12:1,14,
19;15:5;16:8,18;
22:20;26:19;32:25;
33:7,17,18,25;34:8,
14
**bunks (6)**
10:5;12:7;15:18;
19:10;34:6;60:15
**BUTTERFIELD (38)**
9:4,8,13,16;10:14;
12:3,16;13:11;19:21;
20:9,16;21:25;23:5;
24:2,24;25:11;26:7;
28:7;30:16;31:25;
32:2;33:19;34:10,15;
38:15,20;40:11,17;
41:23;43:25;44:3,24;
52:17;53:23;61:14;
64:18;66:6,24

## C

**call (16)**
26:18;27:3;30:18;
38:8;39:19;40:25;
41:1;46:2;50:24;
52:15;56:19,19;
65:14,14,19,20
**called (28)**
5:4;14:23;15:7;
16:10,25;17:16,21;
27:8,9,20;31:17;
35:19;36:4,22,24;
39:6;43:21;44:17;
46:12;47:20,21;
48:20;50:14,21,25;
51:12;56:21;66:4
**calling (3)**
27:2;52:19;57:19
**calls (1)**
23:5
**came (6)**
6:24;32:22;50:4;
54:18;55:8;58:21
**can (33)**
5:11,18;6:5;8:9,16;
11:4;15:1;16:1,23;
17:6;18:6;19:19;
20:10;25:12;27:24;
28:24;29:1,3,3;31:7;
32:12;37:14;38:25;
39:1;40:22;58:4;
59:21;60:21,25;61:3;
63:4;64:14;67:1
**care (2)**
52:13;65:8
**carry (1)**
16:14
**case (6)**
15:20;25:10;32:5;
34:7;56:11;69:1
**cause (1)**
64:3
**cell (17)**
13:23;15:21,23;
17:8,13,15;18:18;
19:18;22:22;25:3,4;
29:2;41:14;51:13;
52:11,19;64:8
**cellmate (5)**
5:9,8,13;16:5,7
**cells (2)**
12:10;14:24
**celly (4)**
15:4,8;16:5;26:20
**certainly (2)**
7:9;32:18
**chance (2)**
40:18;60:1
**CHANGE/CORRECTION (1)**
69:10
**changed (1)**
60:16
**check (11)**
24:15;29:21,25;

30:6,9;42:7;61:19,
20;62:5,19;63:11
**checked (1)**
35:17
**checking (1)**
31:16
**checks (3)**
30:13,15;62:11
**chin (16)**
29:17;35:16;36:1,
19;37:2,21;39:13;
41:19;42:10;45:14,
24;47:14,20;48:6,10;
59:20
**clammy (1)**
53:18
**clarify (1)**
7:12
**clear (7)**
5:16;13:21;20:22;
47:3,6;56:6;62:22
**cleared (1)**
11:12
**Clerk (7)**
28:3,14;37:5,7,8;
45:25;46:16
**clerks (1)**
34:1
**clerk's (1)**
17:5
**click (1)**
29:4
**close (4)**
15:21;21:13;48:6;
49:25
**closed (2)**
18:3;21:2
**clothes (1)**
53:7
**coffee (1)**
19:10
**cohorts (1)**
60:7
**cold (3)**
53:17;54:12,15
**color (3)**
53:19;54:5,12
**combative (1)**
54:19
**coming (3)**
33:13,17;63:20
**commander (1)**
31:11
**comment (2)**
55:19,20
**Commission (1)**
69:25
**compare (1)**
48:8
**complete (1)**
19:18
**completely (1)**
60:1

**computer (1)**
17:5
**concern (2)**
13:3;59:16
**concerned (3)**
39:8;47:17;50:7
**concluded (1)**
67:3
**concrete (4)**
12:7,9,12,13
**condition (3)**
19:20;25:10;49:7
**conducted (1)**
7:1
**confidence (1)**
48:22
**consistent (1)**
30:4
**contact (1)**
29:11
**contents (1)**
69:8
**continue (1)**
21:6
**conversation (8)**
37:10,13;38:17;
41:12;46:5;50:8,9;
57:10
**conversations (1)**
57:2
**copies (1)**
9:7
**copy (2)**
9:4;40:6
**corners (2)**
12:24,25
**Corporal (12)**
18:20,23;23:20,21;
33:2,9;34:24;35:4;
52:25;54:17;64:11,
13
**correctional (1)**
8:12
**corrections (5)**
7:20;8:2,4,8,10
**count (8)**
14:23;15:21;29:14;
60:22;61:2,12;62:14,
16
**counts (1)**
60:17
**County (5)**
6:3;10:10;57:24;
58:23;69:1
**couple (5)**
10:6,23;15:23;
54:23,24
**covering (1)**
42:11
**CPR (1)**
11:25
**create (1)**
5:16

**critical (1)**
57:7
**Currently (1)**
7:18

**D**

**Dan (2)**
39:9,11
**Daniel (1)**
37:18
**Davis (5)**
6:3;10:10;57:24;
58:22;69:1
**day (2)**
60:22;69:23
**dead (1)**
55:19
**deal (1)**
30:24
**dealing (1)**
59:7
**dealt (1)**
51:13
**decide (1)**
36:21
**decided (3)**
51:7;54:9,10
**defensive (1)**
8:15
**delay (1)**
52:2
**Department (4)**
8:21,22;58:2,20
**depends (1)**
11:23
**depo (1)**
5:25
**Deposition (7)**
6:9;43:9;44:7,13;
48:14,16;67:3
**deputies (1)**
16:21
**Deputy (26)**
5:8;6:21;21:4;
29:17;38:14,15;43:8,
19,24;44:16,16,23;
45:12;46:4,7,7,11,12;
47:21,21,25;48:1,18;
52:4;58:17;65:6
**describe (1)**
16:1
**described (3)**
41:16;52:12;62:18
**describing (1)**
55:3
**desk (4)**
12:19,20,21,23
**determine (1)**
36:18
**determined (2)**
36:17;65:23
**difference (3)**

57:20;61:19,20
**different (1)**
9:9
**disclose (1)**
7:8
**discussed (2)**
26:23;59:25
**discussing (1)**
62:3
**dissatisfied (1)**
59:9
**distance (1)**
15:24
**diverge (1)**
30:11
**done (4)**
23:9;29:25;32:4;
60:6
**door (20)**
17:11,23,25;18:4,
19;19:14,19;20:25;
21:10,16;28:24;
29:16;35:9,13;37:20;
41:25;42:3;49:21;
50:18;61:2
**doors (2)**
14:25;15:23
**down (22)**
10:24;12:15;16:22;
22:24;24:8;29:11;
34:19;39:16,21;
43:18;51:10,15,21;
52:14;53:3;56:16;
59:15,19;60:22;
61:12;63:20;66:3
**Downing (1)**
39:4
**Dr (1)**
47:23
**DRAPER (49)**
5:7;6:8,11;9:6,11,
18;12:6,19:24;20:11,
19;22:2;23:8;24:7;
25:1,13,16;26:12;
30:21;32:4,5;33:22;
34:13,19;38:16;40:9,
13,16,18;43:6,11;
44:2,6,9,15;45:2,19,
23;48:13,18;52:18;
53:25;60:6,12,13;
61:16,18;64:23;66:8,
22
**dressed (5)**
64:21;65:1,5,9;
66:1
**drug (2)**
63:14,17
**drugs (4)**
33:11,14,17;63:21
**duly (1)**
5:4
**during (3)**
18:4;28:5;64:17

**E**

**ear (2)**
11:1;60:19
**earbuds (1)**
60:25
**earphones (2)**
60:24,25
**educate (1)**
8:13
**either (2)**
31:21;47:11
**either/or (1)**
14:22
**else (8)**
18:9;26:21;35:2;
41:22;45:15;52:24;
59:21;60:8
**employment (1)**
10:9
**EMTs (14)**
56:13,19,20,21,24;
57:3,6,13,18,19,20,
22,22;58:2
**enforcement (1)**
8:10
**enough (4)**
16:4;28:13;47:10;
60:5
**entitled (1)**
6:20
**ET (1)**
69:1
**even (4)**
11:20;27:25;39:24;
64:25
**event (5)**
7:13;14:10,11;
28:17;29:6
**everyone (1)**
14:24
**exactly (2)**
13:19;54:7
**EXAMINATION (1)**
5:6
**examined (1)**
5:5
**Exhibit-1 (6)**
6:6,8,9;8:25;9:20;
54:6
**Exhibit-2 (2)**
43:7,9
**Exhibit-3 (2)**
43:12;44:7
**Exhibit-4 (1)**
44:13
**Exhibit-5 (2)**
46:15;48:14
**Exhibit-6 (2)**
48:4,16
**exhibits (1)**
46:6

**expect (4)**
13:9;23:3;24:7,15
**expectation (1)**
23:24
**expected (1)**
23:9
**experience (5)**
7:22;10:12,22;
48:25;63:22
**expert (1)**
23:6
**Expires (1)**
69:25
**explain (2)**
51:4;64:15
**explicitly (1)**
39:17
**exposed (1)**
56:17
**eye (6)**
31:2;38:2;39:15;
42:20;45:8;60:23

**F**

**face (2)**
61:3,4
**facility (2)**
10:8;57:8
**fact (1)**
36:12
**fair (5)**
7:10;16:4;28:13;
47:10;60:5
**fall (6)**
11:2,23;14:6;
23:15;24:12;60:18
**falling (1)**
10:5
**falls (10)**
10:11;11:7,15;
12:1;13:2;14:1;
23:12;24:13;28:17;
60:15
**familiar (1)**
7:11
**far (5)**
12:13;15:24;45:18;
49:14;66:8
**Farmington (6)**
6:23;25;8:19,19,
21;58:1
**feel (5)**
31:10;47:17;59:1,
3,11
**feels (1)**
31:11
**feet (3)**
15:19;54:25,25
**fell (9)**
10:24;15:5;16:7,
18;19:9;26:19;34:8;
61:9,12

**felt (1)**
36:25
**female (3)**
16:22;50:22;51:2
**females (1)**
65:7
**few (1)**
60:14
**field (2)**
7:22;48:21
**finger (1)**
55:13
**Fire (1)**
58:1
**first (7)**
5:24;10:24;14:19;
32:3;42:5;55:8;60:18
**five (4)**
50:1,2;51:23;66:12
**floor (6)**
12:2,9,18;34:20;
62:20;63:23
**floors (1)**
12:6
**following (1)**
62:8
**follows (1)**
5:5
**follow-up (1)**
13:20
**foot (3)**
35:13;41:24;42:4
**form (1)**
36:3
**Foundation (12)**
10:14;12:3;13:11;
20:9,17;23:5;28:7;
30:16;33:19;38:20;
52:17;66:6
**four (5)**
8:2;49:17;51:21;
53:1,3
**frequency (2)**
61:21,22
**frequent (2)**
31:4;61:25
**FTO (1)**
48:21
**full (1)**
5:9
**functions (2)**
8:1
**further (1)**
60:14

**G**

**gave (2)**
37:24;41:7
**general (12)**
6:16,24;7:6;8:11,
19;11:8;20:3;26:1;
29:20;38:7;43:13;

47:4
**generally (1)**
10:4
**general's (5)**
15:15;19:1;39:4;
47:1;65:12
**gets (4)**
38:2;42:24;43:4;
45:9
**girl (1)**
63:11
**given (2)**
50:7;59:2
**goes (2)**
49:19,20
**good (4)**
13:15;32:2,4;61:5
**gotcha (1)**
9:16;44:3
**grab (1)**
45:20
**grabbed (1)**
52:8
**grabbing (3)**
18:13;20:2;25:22
**gray (4)**
53:21;54:1,5,12
**great (1)**
10:2
**ground (15)**
17:19;20:15;26:20;
33:3,7,12;34:23,25;
35:10,11,20,21;
37:19;39:12;47:19
**guess (4)**
6:25;47:14;53:6,20
**guy (1)**
27:9
**guys (3)**
27:3;58:22;64:16

**H**

**half (2)**
45:18;62:6
**hall (2)**
49:18,19
**hallway (5)**
27:21;49:20,20;
51:22;66:2
**hand (2)**
40:6;42:23
**hands (1)**
35:24
**happen (3)**
10:13;11:4;25:9
**happened (9)**
14:18,20;35:1;
37:19;45:15;51:4,15;
60:2;64:17
**happens (1)**
10:17
**happy (1)**

59:13
**hard (1)**
64:20
**head (22)**
14:23;15:5,21;
16:8;19:4;21:17,20;
24:17;26:20;29:14;
35:12;37:20;41:20;
42:3;46:23;49:12;
60:17,22;61:2,12;
62:14,16
**heads (1)**
5:15
**health (1)**
31:11
**hear (8)**
5:18;15:17,22;
29:3;37:10;38:8,9;
59:18
**heard (5)**
15:16;16:25;30:12;
39:10;46:20
**Heather (13)**
14:7;32:20;34:7;
48:5;49:7,10;51:13;
54:9,10,11;59:2;
61:9;65:13
**Heather's (1)**
45:24
**help (6)**
20:8;40:22;54:18;
60:2;64:25;65:1
**helped (1)**
48:19
**Hey (1)**
36:19
**highly (1)**
31:5
**hit (4)**
12:15;15:5;16:8;
26:20
**holder (1)**
55:1
**holding (1)**
56:15
**hooking (1)**
55:12
**hoping (2)**
49:4;65:4
**horseshoe (2)**
27:20;49:18
**hospital (3)**
55:22,25;56:1
**hot (1)**
33:11
**hour (2)**
31:5;62:6
**hourly (1)**
31:1
**hub (1)**
27:17
**human (1)**
59:1

**hundred (1)**
58:1
**hurts (4)**
18:14,17;20:2;
25:22
**hypothetical (4)**
12:4,16;13:12;
34:15

**I**

**idea (3)**
11:9;51:17,18
**identification (6)**
6:10;43:10;44:8,
14;48:15,17
**immediately (1)**
18:1
**important (2)**
5:12;63:9
**IMS (1)**
6:4
**Inc (1)**
69:2
**incident (2)**
7:16;26:21
**including (1)**
20:13
**incomplete (4)**
12:4,16;13:12;
34:15
**India (1)**
27:22
**indicate (1)**
65:13
**indicated (1)**
38:17
**indicating (5)**
6:18;9:15;42:1,2;
49:19
**individuals (1)**
44:20
**information (5)**
7:10;9:1;26:24;
46:17;64:7
**inmate (4)**
29:7;43:20;50:7;
54:10
**inmates (1)**
33:23
**instinct (1)**
35:14
**instructions (1)**
5:11
**interacted (2)**
29:7;34:17
**interchangeable (1)**
27:8
**intercom (1)**
16:12
**interrupt (1)**
14:18
**Interview (9)**

6:2,21;7:6,10;8:18,
23;39:3;43:7,13
**interviewed (1)**
6:15
**into (16)**
10:3;12:15;14:5;
18:7;27:1;33:1,24;
44:19;46:13;49:20;
51:13;54:18;55:10;
57:7;60:8;66:1
**involve (1)**
12:2
**involved (3)**
33:22;37:1;52:23
**issue (1)**
14:19

**J**

**jail (10)**
6:25;7:16;8:20;
10:5,8,12;12:7;14:1;
33:24;59:3
**Jennifer (1)**
69:2
**job (3)**
26:10,12;59:7
**jog (2)**
40:19;45:4
**Johnson (14)**
18:20,22;20:14;
21:7,19;23:4;33:2;
34:24;35:4;52:25;
53:1;54:17;64:12,13
**Juliett (1)**
27:22
**jump (3)**
5:23;10:3;60:21

**K**

**keep (6)**
31:2;38:1;39:15;
42:20;45:8;54:25
**kept (1)**
57:9
**key (1)**
17:7
**keyed (2)**
17:23;21:2
**kid (1)**
10:24
**kidding (1)**
27:10
**Kilo (7)**
15:4;16:17;26:22;
27:12,22;28:15;
62:16
**kind (17)**
13:3,16;19:7;
29:10;31:2;35:21;
37:24;38:1;46:2;
48:6;53:17,21;54:2,

22,24;55:20;63:17
**Kirk (1)**
37:6
**knew (1)**
30:3
**knocked (4)**
19:8,10;20:5;25:23
**knowing (1)**
11:4
**knowledge (1)**
10:12

**L**

**last (4)**
7:23;43:16;44:1,2
**law (1)**
8:9
**Lawrence (2)**
44:10,11
**laws (1)**
8:16
**lay (1)**
33:12
**laying (9)**
33:3,6;34:23,25;
35:12;39:11;41:16;
42:3;64:1
**Layton (2)**
38:16,17
**least (1)**
62:18
**leave (1)**
19:9
**left (3)**
19:11;23:22;35:3
**leg (1)**
36:4
**Legacy (1)**
49:20
**legs (1)**
55:3
**less (2)**
43:22;46:10
**lieutenant (2)**
23:19;64:10
**life-threatening (1)**
39:8
**lifting (1)**
52:12
**light (1)**
60:24
**Lima (21)**
22:17,18;27:1,12,
22;28:1,6;29:7,9,11;
30:11,15;32:8,10,25;
33:1;62:9,18;63:23;
64:8;65:14
**LINE (1)**
69:10
**listened (1)**
46:25
**listening (2)**

46:17;59:16
**little (9)**
5:15;7:15;36:1;
38:4;39:12;40:21,21;
54:25;63:16
**LLOYD (18)**
5:3,8,10;6:21;
38:12,14,15;39:6,9,
11,15;43:8,19;44:17;
46:12,20;60:13;
69:21
**lock (1)**
60:21
**locked (1)**
16:22
**long (24)**
7:25;22:13,15;
29:6;39:20;49:15,20;
51:11,15,17,20,20,
22;56:18,24;57:1;
61:2;66:2,4,9,13,15,
16,19
**look (16)**
13:14;15:7;18:6;
24:5;25:3,4;27:24;
39:16;42:14;43:16;
44:18;46:13,15;
50:10;61:25;63:7
**looked (8)**
6:1,6;14:4;17:17,
18;19:18;46:6;62:4
**looking (6)**
14:15;19:8;35:15;
50:16,20;53:21
**looks (1)**
9:9
**lot (2)**
10:18;48:25
**lower (7)**
9:20;19:10;22:20,
20;32:25;33:18;34:6
**Lucius (19)**
44:10,16,23;45:12;
46:4,7,11,11;47:24,
25;48:1,18;50:25;
51:8,12;52:4,24;64:8,
12
**Lucius' (1)**
44:11

**M**

**makes (1)**
9:17
**making (1)**
53:14
**male (2)**
16:21;65:6
**man (1)**
58:13
**many (1)**
10:20
**March (1)**

6:16
**mark (6)**
6:5,8;43:12;44:6;
46:14;48:13
**marked (9)**
6:9,19;43:6,9;44:7,
11,13;48:14,16
**Marv (2)**
24:5;37:17
**Marvin (7)**
18:21,24;21:7,19;
23:3;39:10;41:3
**masks (1)**
60:23
**matter (1)**
11:19
**matters (1)**
31:15
**may (2)**
39:1;40:2
**maybe (9)**
11:19;25:7;45:3;
50:1;53:21;62:23,25;
64:25;66:12
**mean (14)**
10:23;12:8;19:23;
25:19;29:4;34:12;
36:14;45:14;47:19;
57:4;59:13,19,20,21
**means (1)**
15:8
**medical (88)**
11:11,13,17,21,23,
24;13:3,4,5,7,7,10,10,
15,20;15:7;16:10,16;
17:16,22;24:8,21;
25:5;26:5,13,18;
30:13,15,19;31:10,
14,18,19,20,21;32:6;
36:22,24,25;37:14;
42:17;43:21,22;
44:17;45:8,25;46:6,
12;47:20;48:2;50:6;
51:8,10,12,15,21;
52:2,13,14,15,19;
53:3,12;54:11;55:6,9,
10;56:13,18,24;57:7,
8;61:19,23,24,25;
64:16,22,24,25;
65:15,15,21;66:3,8,9,
10,17
**medical's (2)**
44:18;46:13
**Memorandum (5)**
6:2,17,20;39:3;
43:7
**memory (6)**
14:15;40:19;41:8;
45:4;51:16;52:22
**mental (1)**
31:11
**metric (2)**
48:7,8

**mic (1)**
28:20
**microphone (3)**
17:8,8;29:1
**might (3)**
12:15;14:18;47:5
**Miller (8)**
14:7;32:20;34:7;
39:11;49:10;54:10;
59:2;65:13
**Miller's (2)**
48:6;49:7
**mind (4)**
23:25;26:6,22;
41:15
**mine (4)**
9:8,14;26:10;49:25
**minute (2)**
29:18;60:7
**minutes (6)**
31:4;51:23;65:16,
22;66:11,12
**missed (1)**
59:17
**Misstates (4)**
20:16;21:25;24:24;
53:23
**moment (5)**
30:12;38:25;40:5;
51:11;56:23
**monitor (1)**
55:12
**month (1)**
10:21
**more (10)**
16:1;19:11;31:3,
12;35:9;43:22;46:10;
47:6,16;61:25
**morning (1)**
14:22
**most (1)**
8:5
**motion (1)**
53:14
**mounted (2)**
12:21,24
**move (5)**
24:9;35:15;51:7;
54:9,10
**moved (6)**
22:17;27:1,25;
29:9;32:25;56:16
**moving (1)**
39:13
**much (18)**
11:20;15:25;18:10;
27:21;29:8;37:14;
43:2;44:18;46:13,22;
49:17;50:12;52:3;
56:25;59:21;60:4;
64:6,7

## N

**naked (11)**
35:14;36:12;37:19;
39:12;41:16;42:4;
47:19;50:14;51:3;
64:1;65:7
**name (9)**
5:9;9:21,24;27:2;
58:16,17,18;64:10,10
**Nazer (1)**
69:2
**need (7)**
7:11;10:1;31:11;
40:2;55:21,24,25
**needed (3)**
16:21;26:17;37:1
**negative (1)**
5:14
**new (2)**
22:10;35:14
**next (2)**
29:7,10
**night (1)**
14:22
**nodding (7)**
19:4;21:17,20;
24:17;41:20;46:23;
49:12
**noise (1)**
15:18
**normal (1)**
5:13
**Notary (1)**
69:24
**note (2)**
19:2,6
**notice (1)**
36:2
**noticed (2)**
35:16;48:12
**Number (2)**
44:6,11
**nurse (19)**
11:14;18:21;23:3,
17;24:5,23;37:17,18;
38:12,17;39:9,9,10,
11;55:11,14,15,17;
59:5
**nurses (6)**
13:16,21;26:10;
35:19;37:10;59:12
**nurses' (1)**
38:22
**nurse's (1)**
38:23
**nursing (1)**
59:3

## O

**objection (1)**

24:2
**observation (1)**
24:22
**observations (2)**
19:13;31:7
**observe (9)**
18:9;22:5,21;23:2;
32:20;35:7;40:3;
48:10;64:24
**observed (4)**
19:16,20;36:20;
57:14
**observing (1)**
19:19
**obviously (2)**
15:18;28:22
**occasion (1)**
32:15
**occurred (1)**
14:14
**occurrence (1)**
10:21
**odd (2)**
35:1;41:17
**off (21)**
5:11;10:25;11:2,7;
15:5,17;16:7,18;22:8,
10;26:19;33:10,11,
13,17;40:11,14;
45:21;60:10,21;61:3
**offer (1)**
64:24
**Office (3)**
6:3;39:5;67:2
**officer (11)**
7:20;8:1,2,4,6,8,10,
10;13:9;48:21;60:13
**officers (1)**
8:12
**often (2)**
10:12,21
**once (1)**
52:7
**one (20)**
6:19,20,22,23;9:8;
16:23;23:15;30:20;
31:21;32:3;42:11;
44:10;59:8;62:12,13,
19;63:1,3,3,8
**only (4)**
10:8;22:19;29:15;
42:11
**onto (1)**
52:12
**open (7)**
11:1;17:23,25;
21:2,16;28:24;60:19
**opened (1)**
18:19
**opinion (4)**
23:6;36:3;49:5;
59:9
**ordered (1)**

61:25
**otherwise (1)**
52:20
**out (19)**
7:14;9:23;19:8,24;
20:6;24:16,19;25:23;
29:9;49:2,21;52:7;
55:3,24;57:9;58:3;
60:24,25;64:16
**outside (3)**
19:13;49:17;52:10
**over (8)**
6:1;8:16;13:14;
15:6,7;16:10,10;
17:13
**own (5)**
20:8;22:6;57:23,
24;58:4
**oxygen (2)**
55:13,13

## P

**page (5)**
43:16,18;44:15;
46:16;69:10
**pain (1)**
18:12
**Pale (2)**
53:20,25
**palish (1)**
54:2
**paragraph (1)**
39:2
**paramedic (2)**
58:17,23
**paramedics (10)**
57:18,21,23,24;
58:4,5,7,10;66:13,17
**part (1)**
13:17
**participants (1)**
8:5
**pedals (1)**
55:1
**PENALTY (1)**
69:7
**people (12)**
10:5;11:2;13:10;
15:17;33:10,11;45:5;
52:23;60:23,23;
64:15;65:3
**per (2)**
10:21;13:20
**percent (1)**
58:1
**period (1)**
31:16
**PERJURY (1)**
69:7
**person (11)**
11:10;12:1;13:2,
21;24:13;26:5;28:19;

34:14;55:8;59:22;
63:20
**personal (1)**
64:25
**phone (16)**
36:23,24,24;37:9,
16;38:21,23;39:6,19;
40:25;41:1;42:18;
45:8;52:7;65:19,20
**photo (2)**
48:5,6
**photograph (3)**
45:20,24;48:5
**physically (1)**
15:1
**pick (1)**
37:9
**picked (1)**
51:8
**pictures (1)**
12:23
**place (4)**
22:19;41:13;52:11;
61:11
**placed (2)**
32:6;56:22
**placement (2)**
33:23,24
**please (1)**
5:8
**pod (15)**
17:4;27:4,5,7,11,
12;28:20;35:18;
36:23;37:4;46:2;
49:17,24;51:21;
52:10
**point (6)**
17:24;18:18;51:5;
59:8,11;62:23
**pointed (1)**
12:25
**points (1)**
7:12
**police (3)**
6:23;8:21,22
**policy (4)**
11:8;13:25;60:16;
61:7
**port (1)**
57:3,5,9
**position (3)**
7:19;36:4;41:17
**possible (2)**
41:10;47:8
**POST (3)**
7:24;8:5,6
**pounding (1)**
15:4
**preparation (1)**
5:24
**prepared (3)**
6:17;9:2;39:4
**preparing (1)**

6:12
**pressure (1)**
55:12
**pretty (14)**
7:11;15:24;18:10;
27:21;35:14;37:16;
49:17;50:3,12;51:20,
20,22;60:3,6
**Previously (1)**
24:12
**prior (7)**
10:9;20:16;21:25;
24:24;53:23;62:13,
19
**probably (1)**
24:1
**problem (4)**
11:20;15:14;32:14;
49:9
**procedures (1)**
59:6
**proceedings (1)**
67:3
**process (1)**
51:14
**profusely (1)**
54:13
**protocol (1)**
11:16
**Public (1)**
69:24
**put (11)**
30:19;31:6,7,12;
33:16,17;34:6;51:9;
54:14,21;63:12

## Q

**Q&A (1)**
69:2
**qualify (1)**
63:19
**quick (1)**
45:19
**quiet (1)**
29:3
**quit (1)**
35:15
**quote (2)**
44:18;46:21

## R

**radio (6)**
16:10,11,12;36:23;
39:7;52:19
**raised (1)**
42:23
**rather (1)**
39:7
**read (6)**
7:9;39:1,2;40:10;
54:7;67:1

**readily (1)**
50:3
**reading (2)**
43:25;62:4
**real (1)**
47:3
**really (18)**
5:13;10:19;14:4;
24:4,11;26:9,11;
29:12;31:5,15;33:21;
41:4;45:10;46:1;
54:15;55:18;63:9,24
**REASON (1)**
69:10
**recall (6)**
52:15,18;56:9;
62:14;63:10;64:7
**recollection (2)**
40:8;47:5
**record (8)**
5:9,12,17;40:11,14,
16;45:21;60:10
**referred (1)**
30:13
**reflects (1)**
69:9
**refreshes (1)**
40:8
**regard (1)**
50:3
**regarding (1)**
14:1
**regular (3)**
10:21;32:7;61:19
**rehash (1)**
62:3
**release (1)**
17:11
**relying (1)**
13:21
**remember (78)**
14:9;15:3;18:16;
21:11;22:6,7;28:21;
29:12,15,16,23,24;
30:19;32:9,17;33:1;
35:22,25,25;38:10,
11,24;39:21;41:2,4;
42:12;43:1,3,3,4;
44:4;45:1,3,4,6,7,17,
24;47:9;49:16;50:9,
10;51:6;52:21;54:14;
55:11,15,17,20,21,
23;56:1,2,5,8;57:1,2,
10,12,17,22;58:8,15,
16,17,18;62:11,12,
13,19,25;63:2,3,12,
17;64:20,21;66:19
**repeat (1)**
41:15
**repetitive (2)**
19:17;25:19
**report (11)**
6:1,3,4,18;7:3;

8:25;14:15;15:15;
19:2;40:6;54:6
**reported (1)**
43:20
**reporter (3)**
5:18;15:10;69:2
**Reporting (1)**
69:2
**reports (2)**
9:10,12
**represent (2)**
26:3;38:12
**required (1)**
32:8
**respond (2)**
42:22;60:1
**responded (1)**
39:14
**responding (1)**
10:1
**response (8)**
42:5;44:18;45:10,
11,13;46:13;48:2;
50:6
**responses (1)**
5:17
**return (1)**
13:23
**review (2)**
40:19;65:10
**reviewed (2)**
5:24;46:25
**right (45)**
13:6,19,22;15:2;
16:5;18:3,24;20:21;
21:14;25:7;29:22;
30:6;31:24;32:15,24;
36:16;37:11,25;42:2,
8;44:21;45:16;46:5,
9,18;48:3,9;49:17,21;
50:5;52:5,6,8,10;
56:12;58:11;60:17;
62:21;63:2,22;64:2;
65:17,24,25;66:3
**Roberta (1)**
43:14
**Rogers (10)**
28:3,14;29:24;
37:5,6,8;45:25;46:16,
20;62:3
**rolling (5)**
17:19,20;18:8;
19:25;25:20
**room (1)**
27:19
**round (4)**
29:13,14,15;35:15
**rounds (3)**
31:1,4;35:8
**rule (1)**
18:2

**S**

**sally (3)**
57:3,5,9
**same (7)**
21:8,12,13;24:2;
25:16;27:12;43:13
**sat (1)**
20:12
**saw (11)**
25:10;29:16;32:14;
34:19;36:17,19;
43:20;50:13;58:5;
65:13,18
**saying (17)**
15:5;18:11,14,17;
19:24;25:22;30:5;
43:1,4;44:20;45:6;
46:7,9,11;55:18;
57:6;63:24
**scene (1)**
23:14
**schedule (1)**
62:7
**scoot (1)**
22:24
**screening (1)**
33:23
**se (1)**
13:20
**second (5)**
44:15;45:20;46:16;
49:5;59:9
**section (1)**
9:20
**seeing (2)**
41:13,16
**seem (3)**
30:4;31:5;39:7
**seemed (2)**
35:1;56:11
**seems (1)**
65:12
**seizing (1)**
55:4
**send (3)**
13:4,7;67:1
**sense (1)**
9:17
**sentence (1)**
44:2
**Sergeant (8)**
47:22;50:14,21;
51:7;54:9;64:11,11,
21
**set (1)**
27:14
**shake (1)**
5:15
**sheriff (1)**
58:23
**Sheriff's (1)**

6:3
**shift (2)**
14:6,21
**short (2)**
40:9;49:14
**show (5)**
6:5;43:11;45:23;
48:4;64:9
**showed (2)**
23:14;58:15
**showing (1)**
11:20
**shut (1)**
17:25
**side (5)**
18:14,15;20:2;
25:22;46:17
**sign (1)**
67:1
**sink (1)**
42:2
**sit (3)**
20:7,7;22:6
**sitting (3)**
22:5;53:13,15
**six (2)**
8:2;50:2
**skin (3)**
53:19;54:12,12
**slipped (1)**
10:25
**socks (1)**
11:1
**somebody (1)**
61:24
**someone (8)**
11:7,15;16:18;
17:7;31:14;33:6,16;
48:19
**sometimes (2)**
5:16;15:17
**Sorry (17)**
6:19;15:13;22:10;
23:21;32:1;37:7,8;
38:16;39:22;44:5;
45:7;51:18;57:17;
58:14;59:17;61:15,
16
**sought (1)**
49:2
**sound (6)**
29:21;30:6;32:15;
60:25;65:17,25
**sounded (3)**
16:2;19:7;20:5
**sounds (2)**
56:3;65:24
**speaker (1)**
38:22
**speakerphone (2)**
38:13,18
**speaking (1)**
10:4

**special (1)**
8:1
**specific (2)**
63:10,19
**specifically (1)**
47:23
**speculation (2)**
13:11;66:6
**split (2)**
11:1;60:19
**spoke (3)**
28:15;39:8;43:21
**spoken (1)**
6:12
**square (1)**
12:23
**staff (1)**
59:3
**stairs (4)**
15:3,25;22:22,25
**stand (2)**
60:22;61:2
**standing (2)**
14:25;65:4
**start (4)**
7:14,24;14:18,21
**started (2)**
19:24;55:12
**starts (1)**
58:19
**state (2)**
5:8;63:20
**stated (3)**
15:16;25:25;38:13
**statement (7)**
29:20;39:1;40:19;
41:7;43:12;44:10,12
**statements (1)**
45:5
**states (2)**
41:8;44:16
**station (2)**
6:23;38:22
**stay (2)**
13:15;56:13
**stayed (1)**
21:22
**STELLA (1)**
69:1
**step-by-step (1)**
37:14
**stiffened (2)**
54:22,24
**stiffening (1)**
55:2
**still (10)**
7:17;11:20;20:14;
33:2;35:10,11,14;
42:21;54:16;62:20
**stood (2)**
22:4
**stool (1)**
12:19

**strange (1)**
 63:25;64:4
**stretching (1)**
 55:2
**stuff (4)**
 19:10,11;25:13;
 58:5
**SUBSCRIBED (1)**
 69:22
**suggesting (1)**
 61:23
**suicidal (2)**
 31:3,5
**suicide (1)**
 31:8
**summation (1)**
 39:18
**supposed (1)**
 14:24
**sure (14)**
 5:17;11:11;13:8;
 14:13,23;15:1;20:22;
 24:4,5;37:16;42:7;
 55:5;56:21;57:25
**surveillance (1)**
 65:11
**sweating (1)**
 54:13
**sweaty (1)**
 53:17
**swore (1)**
 58:5
**sworn (5)**
 5:4;58:22;69:22
**symptoms (1)**
 13:4

**T**

**tactics (1)**
 8:16
**talk (6)**
 14:6;28:19;29:18;
 30:12;61:18;64:6
**talked (4)**
 23:12;34:22;47:4;
 62:2
**talking (5)**
 9:20;15:12;45:7,
 24;46:1
**tapes (2)**
 65:10,11
**teach (1)**
 8:12
**telling (2)**
 29:24;56:3
**ten (2)**
 7:25;51:23
**term (1)**
 27:7
**terms (4)**
 8:11;10:20;11:8;
 26:13

**testified (1)**
 5:5
**testifying (1)**
 63:8
**testimony (8)**
 7:12;20:17;22:1;
 24:25;43:19;53:24;
 65:11;69:9
**thereof (1)**
 69:8
**thinking (2)**
 21:3;23:25
**Thirty-minute (1)**
 31:1
**though (5)**
 27:25;35:23;55:23;
 58:17;63:18
**thought (8)**
 23:10,11;26:6;
 33:3,9;35:16;39:10;
 63:24
**thoughts (1)**
 49:5
**thrashing (1)**
 54:19
**thud (4)**
 15:16,22;16:1,3
**tier (1)**
 22:20
**timeline (1)**
 65:12
**times (4)**
 10:20,23;54:23,24
**today (3)**
 5:25;6:13;47:3
**toilet (8)**
 35:13;36:5;41:25,
 25;42:1,4
**told (16)**
 16:7;24:12;30:2;
 37:18;38:7;39:11,15;
 43:1,19,22;46:8,8,10,
 22;52:3;59:20
**took (10)**
 22:15;37:24;41:13;
 47:12;52:11;55:6,10;
 57:16;64:16;66:17
**top (12)**
 9:21;12:14;15:5,
 25;16:8,18;33:16,25;
 34:8,14;44:16;46:16
**topic (2)**
 10:3;59:25
**touch (2)**
 54:13;63:17
**towards (4)**
 35:9,12;37:20;42:3
**train (1)**
 48:19
**trained (1)**
 13:17
**training (12)**
 7:21;8:1,3,4,7,8,12;

 11:24;13:20;48:21;
 61:24;63:14
**transcript (2)**
 6:17;69:8
**trouble (3)**
 19:2;20:4;26:1
**true (1)**
 9:1
**trusted (1)**
 48:22
**truth (1)**
 8:23
**try (1)**
 65:8
**trying (10)**
 8:13;19:17;25:19;
 27:18;41:15;42:14;
 62:2;64:21,24;65:25
**turned (1)**
 29:2
**turns (1)**
 9:23
**two (9)**
 7:23;9:10,12;
 16:21;37:11;44:20;
 45:5;66:10,12
**two-male-deputy (1)**
 18:1
**Two-thirds (1)**
 43:18
**TYLER (3)**
 5:3,10;69:21
**type (3)**
 26:4;37:15;64:24
**typically (11)**
 8:7;11:3,9,22;31:3;
 32:10,12;33:6,16;
 62:8,10
**Tyson (1)**
 39:4

**U**

**uh-uh (1)**
 5:14
**uncomfortable (1)**
 36:14
**UNDER (1)**
 69:7
**unit (3)**
 16:22;22:19;57:8
**units (1)**
 17:6
**unless (1)**
 16:22
**unresponsive (1)**
 54:11
**unusual (2)**
 33:4;36:3
**up (24)**
 13:16;14:25;15:3;
 20:7,7,12;22:5,6;
 23:14;27:14;35:13;

 36:4;37:9;38:4;48:7;
 51:8;53:11;54:23,24;
 55:2,12;58:15;61:2;
 64:10
**use (1)**
 53:7
**usually (4)**
 29:5;31:4;33:7;
 34:1

**V**

**Vague (3)**
 10:14;12:3;34:10
**verbal (1)**
 5:13
**verbalize (1)**
 5:18
**video (4)**
 7:5;39:23;47:1;
 63:5
**view (1)**
 27:12
**virtually (1)**
 64:1
**visit (2)**
 35:2;65:21
**VS (1)**
 69:1

**W**

**waited (1)**
 16:20;66:14,15
**waiting (3)**
 57:3,4,9
**walk (6)**
 42:6;50:18;51:5,
 21,24,25
**walked (3)**
 50:13,15;52:7
**walking (2)**
 22:21;63:5
**wall (19)**
 12:21,24;43:14,24;
 46:7,9;47:22;50:14,
 21;51:7,12;52:15,23;
 54:10;64:8,11,11,21;
 65:5
**watch (19)**
 18:4;21:6;22:24;
 30:22;31:6,8,11,13,
 15,18,19,20,21;32:6,
 7,11,19;39:24;63:12
**watched (3)**
 7:9;30:1;31:12
**watches (6)**
 30:19,19,25;31:1,
 3;32:16
**watching (5)**
 17:6;21:22,24;
 28:22;65:4
**wave (1)**

 37:24
**way (7)**
 12:15;43:18;47:11;
 49:19,21;53:12;
 63:24
**wearing (1)**
 10:25
**week (1)**
 10:24
**weeks (2)**
 7:25;8:2
**weird (1)**
 33:10
**weren't (1)**
 42:14
**What's (7)**
 10:21;12:2;14:23;
 30:24;48:20;57:20;
 64:10
**wheel (2)**
 27:14,17
**wheelchair (12)**
 22:8;51:7,9,14;
 52:12;53:4,13,16;
 54:15,18,22;66:1
**wheeled (1)**
 51:9
**whole (4)**
 28:5,17;51:14;52:1
**whomever (1)**
 43:21
**wind (3)**
 19:7;20:5;25:23
**window (8)**
 15:4;18:6;28:10;
 42:1;50:16,17,19,20
**windows (2)**
 27:19,21
**withdrawal (1)**
 63:15,18
**withdrawals (2)**
 34:4,14
**withdrawing (1)**
 34:18
**without (2)**
 11:4;21:3
**witness (33)**
 5:4;9:10,12,14;
 10:17;12:18;13:14;
 19:4,23;21:17,20;
 24:4,17;25:14;26:9;
 28:9;30:18;32:1;
 33:21;34:12,16;
 38:21;41:20,24;44:4;
 45:1;46:23;49:12;
 60:9;61:15,17;64:20;
 69:7
**witnesses (1)**
 9:19
**words (4)**
 8:6;16:6;30:5;
 31:17
**work (1)**

7:22
**worked (2)**
10:8,24
**working (3)**
7:16,17;49:24
**worry (2)**
43:22;46:10
**worse (4)**
38:2;42:24;43:4;
45:9
**wrapped (1)**
53:11
**written (1)**
13:25
**wrong (2)**
20:20;25:1
**wrote (2)**
54:1,3

## Y

**year (2)**
45:18;47:4
**years (2)**
7:23;10:6
**yeses (1)**
61:14

## Z

**Zach (1)**
58:24
**ZACHERY (3)**
5:3,10;69:21

## 1

**10:12 am (1)**
40:14
**10:18 (1)**
40:15
**10:24 am (1)**
45:21
**10:28 (1)**
45:22
**10:44 am (1)**
60:10
**10:51 (1)**
60:11
**10:58 (1)**
67:4
**12/21/16 (1)**
14:14
**13 (1)**
31:19
**15-minute (4)**
30:25;31:6,12,20

## 2

**2017 (1)**
6:16
**2018 (2)**

5:1;69:23
**21 (2)**
65:16,22
**22 (1)**
5:1

## 3

**3 (1)**
44:6
**30 (1)**
31:4
**30- (1)**
31:12
**30-minute (8)**
30:18,22,25;31:19;
32:7,10,16;63:11

## 4

**4 (1)**
44:11

## 6

**6 (1)**
29:14
**6:00 (2)**
14:21,22

## 7

**7 (4)**
22:17;29:21;32:13;
62:22
**7:00 (7)**
29:25;30:3,6;62:4;
63:1,3,5
**7:30 (6)**
29:21;30:9;32:13;
62:5,22;63:3
**7ish (1)**
29:14

## 8

**8 (1)**
29:15
**8:00 (7)**
32:14,18,19;34:21;
35:5;62:5,12
**8th (1)**
6:16

## 9

**9:38 (1)**
5:1