# EXHIBIT 6

Exhibit is a video/audio recording and will be filed conventionally with the Court.