# EXHIBIT 9



UTAH DEPARTMENT OF
# HEALTH

48 N. Mario Capecchi Dr.
Salt Lake City, UT 84113
Phone    (801)584-8410
Fax        (801)584-8435

*Office of the Medical Examiner*

Erik D. Christensen, M.D., Chief Medical Examiner
Edward A. Leis, M.D., Deputy Chief Medical Examiner

Pamela S. Ulmer, D.O.
Michael Belenky, M.D.
Joseph P. Pestaner, M.D.
Assistant Medical Examiners

Keith Stephens
Chief Investigator
Kristy Hawkes
Deputy Chief Investigator

## REPORT OF EXAMINATION

Name: **MILLER, Heather Ashton**
Case #: R201602989
Age: 28
Race: White
Sex: Female

Date & Time of Death: 12/21/2016 – 22:06
Date & Time of Exam: 12/22/2016 – 10:15
Examination by: Erik D. Christensen, M.D.
Investigating Agency: Weber County Sheriff
Exam Witnesses: Jeff Lembores and Garn Sever

Manner of Death: Accident
Cause of Death: Blunt force injuries of abdomen

## FINAL PATHOLOGIC DIAGNOSES

I. Blunt force injuries of abdomen.
    A. Hemoperitoneum (1.3 L).
    B. Transection and lacerations of spleen.
II. Laceration of chin.
III. Postmortem toxicology.
    A. Methamphetamine, blood: 320 ng/mL.
    B. Amphetamine, blood (methamphetamine metabolite): 100 ng/mL.
    C. Delta-9-THC, blood: 16 ng/mL.
    D. Delta-9-carboxy-THC, blood (THC metabolite): 11 ng/mL.

**OPINION:** This 28-year-old White female, Heather Ashton Miller, died as a result of blunt force injuries of abdomen sustained when she reportedly fell from the upper bunk in her cell while attempting to climb down about a day and a half after being booked into the jail. She was seen by medical personnel and no obvious injuries were noted. Postmortem toxicology is positive for both methamphetamine and THC at the time of her death.

Erik D. Christensen, M.D.
Chief Medical Examiner
Date Signed: 1/16/2017

EDC/bg

Name – **MILLER, Heather Ashton**                   Case No. – **R201902989**

## EXTERNAL EXAMINATION

Personal effects and clothing:  See "Body Inventory and Release Sheet."
Race:  White
Sex:  Female
Habitus:  Normally developed and well nourished.

| | | | | |
|---|---|---|---|---|
| Weight | 79 | kg | 174 | lbs |
| Length | 172 | cm | 67 | inches |
| BMI | 26.7 | kg/m² | | |

Temperature:  Cold (refrigerated).
Rigor:  Firm.
Livor:  Red-purple.  Posterior.  Blanching.
Decomposition changes:  None.

Head (general):  Laceration of point of chin (1.9 cm); otherwise, normal.
Skull and facial skeleton:  Intact to palpation.
Hair:  Brown and 20 cm in length.  Pink highlights.
Facial hair:  None.
Eyes:  Green irides.  Tache noir; otherwise normal.
Ears:  Normal.
Nose:  Normal.
Teeth:  Natural and of moderately good repair.
Neck:  Normal.

Chest:  Symmetrical.
Abdomen:  Stretch marks.  Soft.
External genitalia:  Normal.  Trimmed pubic hair.
Upper extremities:  Symmetrically formed and normal.
Lower extremities:  Symmetrically formed.  Minor abrasions of left knee and shin.  Red nail polish on toenails.
Back and buttocks:  Normal.

External body markings:
    Scars:  Small scar on medial left lower leg.
    Tattoos:  "Seventh Seal Seductress" on left upper chest.  "Heart Breaker" in lower back.

Evidence of medical therapy:  Endotracheal tube in mouth with strap.  Intraosseous catheters in proximal right humerus and left proximal tibia.  Multiple punctures in right antecubital fossa.

## EVIDENCE OF INJURY

INJURIES OF THE TORSO:  No external trauma is present.  Internal examination revealed near complete transection of the spleen at the inferior pole, approximately 3 cm from the tip.  There are also adjacent capsular lacerations.  Sectioning reveals parenchymal fractures as well.  Associated with the splenic injuries are 1.3 liters of blood and clot within the peritoneal cavity.

Name – **MILLER, Heather Ashton**          Case No. – **R201902989**

## INTERNAL EXAMINATION

BODY CAVITIES:
Fluids:  Blood and clot in abdomen as described.  Otherwise, none.
Adhesions:  None.
Organs:  Present in their normal and anatomic positions.

HEAD (Central Nervous System):
Scalp:  Normal.
Skull:  Normal.
Intracranial hemorrhage:  Absent.
Brain weight:  1290 grams.
Leptomeninges:  Normal.
Cranial nerves and main vessels:  Normal where identified.
Cerebral hemispheres:  Normal surfaces and sections.
Brainstem and cerebellum:  Normal surfaces and sections.
Spinal cord:  Not examined.

NECK:
Soft tissues, including the tongue, strap muscles, and large vessels:  Normal.
Hyoid bone and larynx:  Normal.

CARDIOVASCULAR SYSTEM:
Heart weight:  310 grams.
Pericardial sac and epicardial surfaces:  Normal
Coronary arteries:  Normal.
Myocardium:  Normal.
Chambers:  Normal.
Walls:  Normal.
Valves:  Normal.
Septa:  Normal.
Aorta:  Normal.

RESPIRATORY SYSTEM:
Trachea and bronchi:  Normal.
Lung weights:  470 grams right; 320 grams left.
Pleural surfaces: Normal.
Lung parenchyma:  Normal.
Pulmonary arteries:  Normal.

LIVER AND BILIARY SYSTEM:
Liver weight:  1210 grams.
Capsule:  Normal.
Tissue:  Normal.
Gallbladder:  10 ml of bile.

AG 2017-86 Weber Chapter 1 B 0024

Name -- **MILLER, Heather Ashton**                    Case No. -- **R201902989**

DIGESTIVE SYSTEM:
Esophagus:  Normal.
Gastric mucosa:  Normal.
Gastric Contents:  275 ml of light tan-peach fluid.
Small and large bowels:  Normal.
Appendix:  Present.
Pancreas:  Normal.

UROGENITAL SYSTEM:
Kidney weights:  Right 150 grams; left 160 grams.
Surface:  Normal.
Cut surface:  Normal.
Urinary bladder:  No urine.
Prostate and testes:  Normal.
Uterus, fallopian tubes, ovaries, and cervix:  Normal.

RETICULOENDOTHELIAL SYSTEM:
Spleen weight:  260 grams.  Injuries as described.  Otherwise, normal.
General appearance:  Near-complete transection.
Lymph nodes:  Normal where identified.
Bone marrow:  Normal.

ENDOCRINE SYSTEM:
Pituitary, thyroid and adrenal glands:  Normal.

MUSCULOSKELETAL SYSTEM:
Bones and muscle:  Normal where examined.

## MICROSCOPIC DESCRIPTION

Representative portions of the organs are preserved.  No tissue is submitted for microscopic examination.

AG 2017-86 Weber Chapter 1 B 0025



## NMS Labs

3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900   Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director



CONFIDENTIAL RECEIVED
JAN 03 2016
BY:

## Toxicology Report

Report Issued   01/03/2017 16:00

To:   **10502**
Utah Office of the Medical Examiner
Attn: Brandon Callor
48 N. Mario Capecchi Drive
Salt Lake City, UT  84113

| | |
|---|---|
| **Patient Name** | Miller Heather |
| **Patient ID** | 201602989 |
| **Chain** | 69675 |
| **Age** 28 Y | **DOB** |
| **Gender** | Female |
| **Workorder** | 16387454 |

Page 1 of 4

### Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Delta-9 Carboxy THC | 11 | ng/mL | 001 - Femoral Blood |
| Delta-9 THC | 16 | ng/mL | 001 - Femoral Blood |
| Amphetamine | 100 | ng/mL | 001 - Femoral Blood |
| Methamphetamine | 320 | ng/mL | 001 - Femoral Blood |

See Detailed Findings section for additional information

### Testing Requested:

| Analysis Code | Description |
|---|---|
| 8052B | Postmortem, Expanded, Blood (Forensic) |

### Specimens Received:

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Gray Top Tube | 8 mL | 12/22/2016 09:45 | Femoral Blood | |
| 002 | Gray Top Tube | 7 mL | 12/22/2016 09:45 | Femoral Blood | |
| 003 | Red Top Tube | 6 mL | 12/22/2016 10:15 | Femoral Blood | |
| 004 | Red Top Tube | 2.25 mL | 12/22/2016 10:25 | Vitreous Fluid | |
| 005 | White Plastic Container | 24.1 g | 12/22/2016 10:57 | Liver Tissue | |
| 006 | Blue Vial | 8.25 mL | 12/22/2016 10:52 | Gastric Fluid | LIGHT BROWN FLUID, pH=4 |

All sample volumes/weights are approximations.

Specimens received on 12/23/2016.


## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Delta-9 Carboxy THC | 11 | ng/mL | 5.0 | 001 - Femoral Blood | LC-MS/MS |
| Delta-9 THC | 16 | ng/mL | 0.50 | 001 - Femoral Blood | LC-MS/MS |
| Amphetamine | 100 | ng/mL | 5.0 | 001 - Femoral Blood | LC-MS/MS |
| Methamphetamine | 320 | ng/mL | 5.0 | 001 - Femoral Blood | LC-MS/MS |

**Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.**

## Reference Comments:

1.  Amphetamine (Benzphetamine Metabolite) - Femoral Blood:

    Amphetamine (Adderall, Dexedrine) is a Schedule II phenethylamine CNS-stimulant. It is used therapeutically in the treatment of narcolepsy and obesity and also in the treatment of hyperactivity in children. Amphetamine has a high potential for abuse. When used in therapy, initial doses should be small and increased gradually. In the treatment of narcolepsy, amphetamine is administered in daily divided doses of 5 to 60 mg. For obesity and children with attention deficits, usual dosage is 5 or 10 mg daily.

    Following a single oral dose of 10 mg amphetamine sulfate, a reported peak blood concentration of 40 ng/mL was reached in 2 hr. Following a single 30 mg dose to adults, an average peak plasma level of 100 ng/mL was reported at 2.5 hr. A steady-state blood level of 2000 - 3000 ng/mL was reported in an addict who consumed approximately 1000 mg daily.

    Overdose with amphetamine can produce restlessness, hyperthermia, convulsions, hallucinations, respiratory and/or cardiac failure. Reported blood concentrations in amphetamine-related fatalities ranged from 500 - 41000 ng/mL (mean, 9000 ng/mL). Amphetamine is also a metabolite of methamphetamine, benzphetamine and selegiline.

2.  Delta-9 Carboxy THC (Inactive Metabolite) - Femoral Blood:

    Delta-9-THC is the principle psychoactive ingredient of marijuana/hashish. Delta-9-carboxy-THC (THCC) is the inactive metabolite of THC. The usual peak concentrations in serum for 1.75% or 3.55% THC marijuana cigarettes are 10 - 101 ng/mL attained 32 to 240 minutes after beginning smoking, with a slow decline thereafter. The ratio of whole blood concentration to plasma concentration is unknown for this analyte. THCC may be detected for up to one day or more in blood. Both delta-9-THC and THCC may be present substantially longer in chronic users. THCC is usually not detectable after passive inhalation.

3.  Delta-9 THC (Active Ingredient of Marijuana) - Femoral Blood:

    Marijuana is a DEA Schedule I hallucinogen. Pharmacologically, it has depressant and reality distorting effects. Collectively, the chemical compounds that comprise marijuana are known as Cannabinoids.

    Delta-9-THC is the principle psychoactive ingredient of marijuana/hashish. It rapidly leaves the blood, even during smoking, falling to below detectable levels within several hours. Delta-9-carboxy-THC (THCC) is the inactive metabolite of THC and may be detected for up to one day or more in blood. Both delta-9-THC and THCC may be present substantially longer in chronic users.
    THC concentrations in blood are usually about one-half of serum/plasma concentrations. Usual peak levels in serum for 1.75% or 3.55% marijuana cigarettes: 50 - 270 ng/mL at 6 to 9 minutes after beginning smoking, decreasing to less than 5 ng/mL by 2 hrs.

4.  Methamphetamine (Benzphetamine Metabolite) - Femoral Blood:

    d-methamphetamine is a DEA schedule II stimulant drug capable of causing hallucinations, aggressive behavior and irrational reactions. Chemically, there are two forms (isomers) of methamphetamine: l- and d-methamphetamine. The l-isomer is used in non-prescription inhalers as a decongestant and has weak CNS-stimulatory activity. The d-isomer has been used therapeutically as an anorexigenic agent in the treatment of obesity and has potent CNS-, cardiac- and circulatory-stimulatory activity. Amphetamine and norephedrine (phenylpropanolamine) are metabolites of methamphetamine. d-methamphetamine is an abused substance because of its stimulatory effects and is also addictive.



CONFIDENTIAL



## Reference Comments:

A peak blood concentration of methamphetamine of 20 ng/mL was reported at 2.5 hr after an oral dosage of 12.5 mg. Blood levels of 200 - 600 ng/mL have been reported in methamphetamine abusers who exhibited violent and irrational behavior. High doses of methamphetamine can also elicit restlessness, confusion, hallucinations, circulatory collapse and convulsions.

*In this case, the level of methamphetamine determined has not been differentiated according to its isomeric forms. Differentiation of the isomers of methamphetamine is available upon request.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded thirteen (13) months from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed. Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Workorder 16387454 was electronically
signed on 01/03/2017 15:04 by:

Edward J. Barbieri, Ph.D.
Forensic Toxicologist

## Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 52198B – Cannabinoids Confirmation, Blood (Forensic) - Femoral Blood

-Analysis by High Performance Liquid Chromatography/
TandemMass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 11-Hydroxy Delta-9 THC | 1.0 ng/mL | Delta-9 THC | 0.50 ng/mL |
| Delta-9 Carboxy THC | 5.0 ng/mL | | |

Acode 52485B – Amphetamines Confirmation, Blood (Forensic) - Femoral Blood

-Analysis by High Performance Liquid Chromatography/
TandemMass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Amphetamine | 5.0 ng/mL | Norpseudoephedrine | 5.0 ng/mL |
| Ephedrine | 5.0 ng/mL | Phentermine | 10 ng/mL |
| MDA | 5.0 ng/mL | Phenylpropanolamine | 5.0 ng/mL |
| MDEA | 10 ng/mL | Pseudoephedrine | 5.0 ng/mL |
| Methamphetamine | 5.0 ng/mL | | |

Acode 8052B – Postmortem, Expanded, Blood (Forensic) - Femoral Blood

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Barbiturates | 0.040 mcg/mL | Salicylates | 120 mcg/mL |
| Cannabinoids | 10 ng/mL | | |

-Analysis by Headspace Gas Chromatography (GC) for:



## Analysis Summary and Reporting Limits:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

-Analysis by High Performance Liquid Chromatography/
Time ofFlight-Mass Spectrometry (LC/TOF-MS) for: The following is a general list of compound classes included in this screen. The detection of any specific analyte is concentration-dependent. Note, not all known analytes in each specified compound class are included. Some specific analytes outside these classes are also included. For a detailed list of all analytes and reporting limits, please contact NMS Labs.
Amphetamines, Anticonvulsants, Antidepressants, Antihistamines, Antipsychotic Agents, Benzodiazepines, CNS Stimulants, Cocaine and Metabolites, Hallucinogens, Hypnosedatives, Hypoglycemics, Muscle Relaxants, Non-Steroidal Anti-Inflammatory Agents, Opiates and Opioids.

# OFFICE OF THE MEDICAL EXAMINER
### Salt Lake City, Utah

## Evidence Release Sheet

**Case #: 201602989**    **Name: MILLER, Heather Ashton**    DOD: ▓▓▓▓

Dr.: *EDC*

Investigator: Hartman, Cameron E

Investigating Agency: McKay-Dee Hospital Center

Contact:

| Item Collected | | Del | Item Collected | | | Del |
|---|---|---|---|---|---|---|
| Bags from hands | | | Swabs | Smears | | |
| Fingernail clippings | Right Hand | | ☐ | ☐ | Oral | |
| | Left Hand | | ☐ | ☐ | Vaginal | |
| GSR Kit | | | ☐ | ☐ | Cervical | |
| | | | ☐ | ☐ | Anal | |
| Fingerprints | | | ☐ | ☐ | Rectal | |
| Palm prints | | | ☐ | ☐ | Penile | |
| Blood spot card | | | Hair Samples | | Head | |
| Photo CD | | | | | Pubic | |

| Clothing and Miscellaneous | Del |
|---|---|
| ~~Skin Bag (cut)~~     101+     *JOR* | |
| ✓ Photo CD     1120 | |
| | |

Released By: _(signature)_

Date: 12/22/16   Time: 1122 hrs

Released To: *GARN SEVER*

Signature: _(signature)_