Daniel Baczynski, Bar No. 15530
12339 S. 800 E. Ste. 101
Draper UT 84020
(801) 255-5555
Dbaczyn2@gmail.com

LAW OFFICES OF TAD D. DRAPER P.C.
Tad D. Draper, Bar # 4311
12339 S. 800 E. Ste. 101
Draper UT 84020
(801) 553-1700
(801) 255-5588 fax
Legaljustice3@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| CYNTHIA STELLA, and the ESTATE OF HEATHER MILLER,<br><br>    Plaintiffs,<br><br>v.<br><br><br>DAVIS COUNTY, SHERIFF TODD RICHARDSON, MAVIN ANDERSON, JAMES ONDRICEK,<br><br>    Defendants. | **PLAINTIFF'S NOTICE OF CROSS APPEAL**<br><br>Case No: 1:18-cv-002<br><br>Judge:  Jill Parrish |

Notice is hereby given that the Named Plaintiffs in the above-captioned matter hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Order granting Sheriff Richardson qualified immunity, entered by the District Court on September 23rd, 2019.

DATED this 30th day of October, 2019.

                                         /s/      Daniel Baczynski
                                         Attorneys for Plaintiffs

1

## CERTIFICATE OF SERVICE

I certify that on this <u>30th day of October</u>, 2019, I caused **PLAINTIFF'S NOTICE OF APPEAL** to be filed with the Court through its ECF filing system, with service provided to the following:

>Jesse C. Trentadue
>Noah M. Hoagland
>Michael W. Homer
>Sarah E. Jenkins
>jesse32@sautah.com
>nhoagland@sautah.com
>mhomer@sautah.com
>sjenkins@sautah.com
>SUITTER AXLAND, PLLC
>8 East Broadway, Suite 200
>Salt Lake City, Utah 84111
>Tel: (801) 532-7300
>Fax: (801) 532-7355

/s/     Daniel Baczynski