# United States District Court
# District of Utah



**D. Mark Jones**  
Clerk of Court

**Anne W. Morgan**  
Chief Deputy Clerk

January 3, 2020

Christopher M. Wolpert, Clerk  
United States Court of Appeals  
for the Tenth Circuit  
1823 Stout Street  
Denver, CO 80257

—

RE:   19-04157  
      Stella et al v. Davis County et al  
      Lower Docket:  1:18-cv-00002-JNP-DBP

Dear Clerk of Court:

   Please be advised that the record is complete for the purposes of appeal.

Sincerely,

D. Mark Jones, Clerk

By: *JSTOUT*  
Jennifer Stout  
Deputy Clerk

cc: Counsel of Record

351 S. West Temple • Salt Lake City, Utah 84101 • (801)524-6100 • www.utd.uscourts.gov