Jesse C. Trentadue (#4961)
Michael W. Homer (#1535)
Noah M. Hoagland (#11400)
Sarah Jenkins Dewey (#15640)
**SUITTER AXLAND, PLLC**
8 East Broadway, Suite 200
Salt Lake City, UT  84111
Telephone: (801) 532-7300
Facsimile: (801) 532-7355
jesse32@sautah.com
mhomer@sautah.com
nhoagland@sautah.com
sjenkins@sautah.com
*Attorneys for Davis County Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CYNTHIA STELLA, and the ESTATE OF HEATHER MILLER, <br><br> Plaintiffs, <br><br> vs. <br><br> DAVIS COUNTY, SHERIFF TODD RICHARDSON, MAVIN ANDERSON, JAMES ONDRICEK, <br><br> Defendants. | **REQUEST TO SUBMIT FOR DECISION** <br><br> Civil No. 1:18-cv-00002-JNP <br><br> Judge Jill N. Parrish |

Defendants Davis County, Sheriff Todd Richardson, Marvin Anderson, and James Ondricek (collectively "Davis County Defendants"), by and through counsel of record, and pursuant to Rule 7(d) of the Federal Rules of Civil Procedure, hereby give notice that the following *Motion* is now ready for decision.  The following documents have been filed with the Court:

1. *Davis County Defendants' Motion to Amend Judgment*, Docket number 61, filed September 27, 2019;

2. Plaintiffs' *Opposition to Davis County's Motion to Amend Judgment*, Docket number 63, filed October 2, 2019; and

3. *Davis County, Utah's Reply Memorandum in Support of Motion to Amend Judgment*, Docket number 65, filed October 16, 2019.

This *Motion* is fully briefed and ready for decision by the Court.  Oral argument is not requested.

DATED this 13th day of January, 2020.

SUITTER AXLAND, PLLC

 /s/ jesse c. trentadue
Jesse C. Trentadue
Michael W. Homer
Noah M. Hoagland
Sarah Jenkins Dewey
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 13th day of January, 2020, I electronically filed the foregoing **REQUEST TO SUBMIT FOR DECISION** with the Clerk of the Court using the CM/ECF system, which sent electronic notification to the following parties:

Daniel M. Baczynski, Esq.
12339 South 800 East, Suite 101
Draper, Utah 84020
*Attorney for Plaintiffs*

Tad D. Draper, Esq.
Law Offices of Tad D. Draper, P.C.
12339 South 800 East, Suite 101
Draper, Utah 84020
*Attorney for Plaintiffs*

                                                           /s/ jesse c. trentadue