Daniel Baczynski, Bar No. 15530
12339 S. 800 E. Ste. 101
Draper UT 84020
(801) 255-5555
Dbaczyn2@gmail.com

LAW OFFICES OF TAD D. DRAPER P.C.
Tad D. Draper, Bar # 4311
12339 S. 800 E. Ste. 101
Draper UT 84020
(801) 553-1700
(801) 255-5588 fax
Legaljustice3@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| CYNTHIA STELLA, and the ESTATE OF HEATHER MILLER,<br><br>Plaintiffs,<br><br>v.<br><br>DAVIS COUNTY, SHERIFF TODD RICHARDSON, MAVIN ANDERSON, JAMES ONDRICEK,<br><br>Defendants. | **PLAINTIFFS' FIRST SUPPLEMENT TO RULE 26(a)1 INITIAL DISCLOSURES**<br><br>Case No: 1:18-cv-002<br><br>Judge: Jill Parrish |

Plaintiffs submits their Rule 26(a)1 Initial Disclosures as follows:

## A. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

**The name and, if known, the address and telephone number of each individual likely to have discoverable information supporting its claims or defenses, unless solely for impeachment, identifying the subjects of the information:**

Erik Christensen
Utah Office of the Medical Examiner
4451 S. 2700 W.

Taylorsville, UT 84119
(801) 816-3850

Witness who examined Heather Miller following her death and is expected to have knowledge regarding Miller's ruptured spleen.

Nurse Marvin Anderson
c/o SUITTER AXLAND, PLLC
8 East Broadway, Suite 200
Salt Lake City, Utah 84111
Tel: (801) 532-7300
Fax: (801) 532-7355

Witness who appeared following Heather Miller's fall from the bunk and is expected to have knowledge regarding Miller's condition following the fall and the medical attention provided to Miller following the fall. Witness is also expected to have knowledge regarding the policies, procedures, and protocols at Davis County Jail regarding medical attention provided to inmates.

Sgt. Roberta Wall
c/o SUITTER AXLAND, PLLC
8 East Broadway, Suite 200
Salt Lake City, Utah 84111
Tel: (801) 532-7300
Fax: (801) 532-7355

Witness is expected to have knowledge of Heather's condition following her fall. Witness is also expected to have knowledge of Davis County Jail's policies, practices, and procedures.

Deputy Lawrence Lucius
c/o SUITTER AXLAND, PLLC
8 East Broadway, Suite 200
Salt Lake City, Utah 84111
Tel: (801) 532-7300
Fax: (801) 532-7355

Witness is expected to have knowledge of Heather's condition following her fall and the Jail's medical staff's response when Deputy Lucius reported when he called medical about Heather Miller. Witness is also expected to have knowledge of Davis County Jail's policies, practices, and procedures.

Deputy Blake Lopez
c/o SUITTER AXLAND, PLLC
8 East Broadway, Suite 200
Salt Lake City, Utah 84111
Tel: (801) 532-7300
Fax: (801) 532-7355

Witness is expected to have knowledge of Heather's condition following her fall and the investigation conducted following Heather Miller's death. Witness is also expected to have knowledge of Davis County Jail's policies, practices, and procedures.

Deputy Paramedic Nicholas Pollock
Contact Information Unknown
Witness is expected to have information about Heather Miller's condition following her fall and Davis County Jail's medical response leading up to Heather Miller's death.

Deputy Pollock
c/o SUITTER AXLAND, PLLC
8 East Broadway, Suite 200
Salt Lake City, Utah 84111
Tel: (801) 532-7300
Fax: (801) 532-7355

Witness is expected to have information about Heather Miller's condition following her fall and Davis County Jail's medical response leading up to Heather Miller's death.

Chase Harvey
c/o SUITTER AXLAND, PLLC
8 East Broadway, Suite 200
Salt Lake City, Utah 84111
Tel: (801) 532-7300
Fax: (801) 532-7355

Witness is expected to have information about Heather Miller's condition following her fall and Davis County Jail's medical response leading up to Heather Miller's death.

Deputy Lloyd
c/o SUITTER AXLAND, PLLC
8 East Broadway, Suite 200
Salt Lake City, Utah 84111
Tel: (801) 532-7300
Fax: (801) 532-7355

Witness is expected to have information regarding Heather Miller's condition following her fall, the immediate medical attention provided by Nurse Marvin following Heather's fall, Heather's condition after she was relocated, and a conversation Deputy Lloyd had with Davis County Jail's medical staff about Heather Miller.

Corporal Johnson
c/o SUITTER AXLAND, PLLC
8 East Broadway, Suite 200
Salt Lake City, Utah 84111
Tel: (801) 532-7300
Fax: (801) 532-7355

Witness is expected to have information regarding Heather Miller's condition following her fall and the immediate medical attention provided by Nurse Marvin following Heather's fall.

Clerk Austen Rogers
c/o SUITTER AXLAND, PLLC
8 East Broadway, Suite 200
Salt Lake City, Utah 84111
Tel: (801) 532-7300
Fax: (801) 532-7355

Witness is expected to have information regarding Heather Miller's condition following her fall, the immediate medical attention provided by Nurse Marvin following Heather's fall, and Heather's condition following relocation.

Daniel Layton
c/o SUITTER AXLAND, PLLC
8 East Broadway, Suite 200
Salt Lake City, Utah 84111
Tel: (801) 532-7300
Fax: (801) 532-7355

Witness is expected to have information on the standard of care typically provided by Davis County Jail, protocols governing the medical attention provided to inmates who have suffered harm, and the frequency with which inmates fell off bunk beds.

James Ondricek
c/o SUITTER AXLAND, PLLC
8 East Broadway, Suite 200
Salt Lake City, Utah 84111
Tel: (801) 532-7300
Fax: (801) 532-7355

Witness is expected to have information on the standard of care typically provided by Davis County Jail, whether Davis County had medical policies, protocols governing the medical attention provided to inmates who have suffered harm, and the frequency with which inmates fell off bunk beds.

Sheriff Richardson
c/o SUITTER AXLAND, PLLC
8 East Broadway, Suite 200
Salt Lake City, Utah 84111
Tel: (801) 532-7300
Fax: (801) 532-7355

Witness is expected to have information on the standard of care typically provided by Davis County Jail, whether Davis County had medical policies, protocols governing the medical attention provided to inmates who have suffered harm.

CYNTHIA STELLA
c/o Law Offices of Tad D. Draper
12339 S. 800 E. Ste. 101
Draper UT 84020
(801) 553-1700
(801) 255-5588 fax
Legaljustice3@gmail.com

Witness is expected to have information about the life of Heather Miller.

All investigators involved in investigating and drafting the Utah Attorney General's Case Report on the death of Heather Miller.

All witnesses identified by Defendants in their Initial Disclosures and all future discovery responses.

All expert witnesses disclosed by both parties in this case.

**B. DISCOVERABLE DOCUMENTS, DATA COMPILATIONS, AND OTHER TANGIBLE THINGS**

**A copy of all documents, data compilations, electronically stored information, and tangible things in the possession or control of the party that the party may offer in its case.**

The Utah Attorney General's Case Report, included as HM 1-83.

The Utah Attorney General's Letter to Davis County dated April 28, 2017, included as HM 84.

Farmington Fire Department GRAMMA response, included as HM 85-96.

Heather Miller's Intermountain Healthcare Medical File, included as HM 97-108.

All documents produced by Davis County in response to Heather Miller's GRAAMA request dated 11/8/2017.

All documents identified by Defendants in their Initial Disclosures.

All documents produced by the parties in this case.

Pictures and videos of Heather Miller.

**C. COMPUTATION OF DAMAGES**

**A computation of damages claimed and a copy of all discoverable documents or evidentiary material on which such computation is based, including materials about the nature and extent of injuries suffered.**

Plaintiff is still calculating the damages, which include but are not limited to pain and suffering caused by the jail's lack of medical response to Heather's ruptured spleen, Heather's premature death, funeral expenses and costs, loss of support, and punitive damages warranted by Defendants' reckless and callous regard for the wellbeing of Heather and other inmates.

The value of Heather's pain and suffering, premature loss of life, loss of consortium are fact issues for the jury to decide and Rule 26 does not require a calculation of

such damages. *Williams v. Trader Pub. Co.*, 218 F.3d 481, 486 n.3 (5th Cir. 2000); *Crocker v. Sky View Christian Acad.*, 2009 WL 77456, at *2 (D. Nev. Jan. 8, 2009); *Smith v. Ingersoll-Rand, Co.*, 214 F.3d 1235, 1245 (10th Cir. 2000). That being said, Plaintiff anticipates making a per diem argument regarding the value of Heather's claim for loss of life based off her expected life span.

Plaintiff anticipates at least $3,000,000 in damages.

Attorney fees will be calculated upon the conclusion of the case.

**C. INSURANCE**

**A copy of any agreement under which any person may be liable to satisfy part of all of a judgment or to indemnify or reimburse for payments made to satisfy the judgment.**

N/A.

Plaintiff reserves his right to supplement these disclosures as other witnesses and documents become known to her.

DATED this 19th day of November, 2021.

/s/ Daniel Baczynski
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on this 19th day of November, 2021, I caused PLAINTIFF'S FIRST SUPPLEMENT TO RULE 26(a)1 INITIAL DISCLOSURES to be served via email on the following:

Jesse C. Trentadue
jesse32@sautah.com
Mike Homer
mhomer@sautah.com
SUITTER AXLAND, PLLC
8 East Broadway, Suite 200
Salt Lake City, Utah 84111
Tel: (801) 532-7300
Fax: (801) 532-7355

/s/ Daniel Baczynski