IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CYNTHIA STELLA, and the ESTATE OF HEATHER MILLER,<br><br>      Plaintiffs,<br>v.<br><br>DAVIS COUNTY, SHERIFF TODD RICHARDSON, MAVIN ANDERSON, and JAMES ONDRICEK,<br><br>      Defendants. | **Judgment**<br><br>Case No. 1:18-CV-002<br><br>District Judge Jill N. Parrish |

  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff the Estate of Heather Miller and against Defendant Mavin Anderson in the amount of $300,000 in compensatory damages.

  IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff the Estate of Heather Miller and against Defendant Davis County in the amount of $7,700,000 in compensatory damages.

  IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Sheriff Todd Richardson and James Ondricek on Plaintiff the Estate of Heather Miller's claims against them.

  IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Davis County, Sheriff Todd Richardson, Mavin Anderson, and James Ondricek on Plaintiff Cynthia Stella's claims against them.

DATED September 27, 2022.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge