Jesse C. Trentadue (#4961)
Michael W. Homer (#1535)
Noah M. Hoagland (#11400)
Robert J. Brennan (#15550)
*SUITTER AXLAND, PLLC*
8 East Broadway, Suite 200
Salt Lake City, UT  84111
Telephone: (801) 532-7300
Facsimile: (801) 532-7355
jesse32@sautah.com
mhomer@sautah.com
nhoagland@sautah.com
rbrennan@sautah.com

*Attorneys for Defendants*

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| CYNTHIA STELLA, and the ESTATE OF HEATHER MILLER,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVIS COUNTY, SHERIFF TODD RICHARDSON, MARVIN ANDERSON, JAMES ONDRICEK,<br><br>Defendants. | **DAVIS COUNTY, UTAH and MARVIN ANDERSON'S NOTICE OF APPEAL**<br><br>Civil No. 1:18-cv-00002-JNP<br><br>Judge Jill N. Parrish |

NOTICE IS HEREBY GIVEN that Davis County, Utah and Marvin Anderson

(collectively "Defendants") hereby appeal as a matter of right to the United States Court of

Appeals for the Tenth Circuit from the final *Judgment* entered by the United States District

Court for the District of Utah in the above captioned case on September 27, 2022 [ECF 252] and

that Defendants further appeal from any subsequent amendment of that *Judgment*. Pursuant to *Federal Rule of Appellate Procedure* 3(c), Defendants also appeal from the orders, rulings and decisions by the District Court that preceded and/or followed entry of *Judgment* in this case which, as a matter of law, merged into that *Judgment* including, but not limited to: (1) Memorandum Decision and Order Denying Defendants' Motion for Judgment as a Matter of Law entered on August 8, 2022 [ECF 239]; (2) Memorandum Decision and Order Denying Marvin Anderson Qualified Immunity entered on September 14, 2022 [ECF 244]; (3) Memorandum Decision and Order Denying Davis County's Motion for Judgment as a Matter of Law and Motion for New Trial entered on August 18, 2023 [ECF 295]; (4) Memorandum Decision and Order Denying Marvin Anderson's Motion for Judgment as a Matter of Law, Motion For New Trial and Motion to Alter or Ament Judgment entered on August 18, 2023 [ECF 296]; and (5) Memorandum Decision and Order Granting Plaintiff's Motion for Award of Attorney's Fees entered on August 18, 2023 [ECF 298].

DATED this 13th day of September, 2023.

SUITTER AXLAND, PLLC

/s/ jesse c. trentadue
Jesse C. Trentadue
Michael W. Homer
Noah M. Hoagland
Robert J. Brennan
*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 13th day of September, 2023, I electronically filed **DEFENDANTS' NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system, which sent electronic notification to the following parties:

Daniel M. Baczynski, Esq.
BACZYNSKI LAW, PLLC
12339 South 800 East, Suite 101
Draper, Utah 84020
*Attorney for Plaintiffs*

Tad D. Draper, Esq.
LAW OFFICES OF TAD D. DRAPER, P.C.
12339 South 800 East, Suite 101
Draper, Utah 84020
*Attorney for Plaintiffs*

/s/ jesse c. trentadue